IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

MAY 19 2010

Clerk, U.S. District Court
By_____ Deputy Clerk

GERALD RAY WEDEL

_____

_____

(Enter above the full name of the Plaintiff(s))

vs.

Kyler G. Knobbe
Name
P.O. Box 937, 109 West Ave. A
Street and number
Cimarron, Kansas 67835
City        State        Zip Code

Case Number: 10-1156-CM-GLR

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

   A.   Name of plaintiff   GERALD RAY WEDEL

        Address   1625 U U Road

                  Copeland, Kansas 67837

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant __Kyler G. Knobbe__ is employed at __Self__

__P.O. Box 937, 109 West Ave. A Cimarron, Kansas 67835__

C. Additional Defendants __Wayne L. Wedel, Elva Back, Mitch Little, Daniel L. Love, E. Leigh Hood, Micheal Freelove, Ford County District Court Sixteenth Judicial District__

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of __Kansas__.

2. The first-named defendant above is either

   a. a citizen of the State of __Kansas__; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of __Colorado__; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

4. a. Wyoming

5. a. Kansas

6. a. Kansas

7. a. Kansas

8. a. Kansas

9. b. Kansas

Kyler G. Knobbe
P.O. Box 937
109 West Ave. A.
Cimarron, Kansas 67835

Wayne L. Wedel
132 Davis Street
Monte Vista, Colorado, 81144

Elva Bach
3810 Aspen Place
Casper, Wyoming 82604

Mitch Little
207 Gunsmoker
Dodge City, Kansas 67801

Daniel L. Love
P.O. Box 197
101 West Spruce
Dodge City, Kansas 67801

E. Leigh Hood
P.O. Box 197
101 West Spruce
Dodge City, Kansas 67801

Micheal Freelove
P.O.Box 197
101 West Spruce
Dodge City, Kansas 67801

Sixteenth Judicial District
The District Court of Ford County Kansas
P.O. Box 197
101 West Spruce
Dodge City, Kansas 67801

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

    X  1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

    X  2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

    X  3. Other grounds (specify and state any statute which gives rise to such grounds):

Violation of Plaintiffs Constitutional Rights to Due Process Const. Amends. #1, #5, and #14, K.S.A.59-2224 K.S.A. 59-2225, K.S.A. 59-1601, K.S.A. 59-1602, K.S.A. 59-1603, K.S.A. 59-1605, K.S.A. 59-1606, K.S.A. 59-120 K.S.A. 59-1202, K.S.A. 59-1203, K.S.A. 59-618a

III. Statement of Claim: (Exhibit A)

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Violation of Plaintiffs Constitutional Rights to Due Process

Violated Kansas Statutes and has commented Fraud, Litigation Fraud, Constructive Fraud, Extrinsic Fraud, Intrinsic Fraud, Fraud in The Factum, and for the participation, in the same within the

3

Criminal RICO result, and Equal rights to Justice.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Plaintiff would like his constitutional rights given back,

Plaintiff would like to have all parties and the court to comply to ALL KANSAS STATUTES AND FEDERAL LAWS, and be Rembursed for Punitive Damages, and Mental Stress, Anguish, and Emotional Trauma that has been put on the Plaintiff's Family.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X] No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X] No [ ]

VII. Do you claim punitive monetary damages? Yes [X] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

The puntive Damages are in the amount of $400,050.00 dollars

and Mental Stress, Anguish, Emotional Trauma on The GERALD RAY WEDEL

FAMILY in the amount of $4,599,950.00 dollars.

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

```
Motion to the Court filed 9-2-2009 with no response, Motion of
Claim filed into the court on 9-11-2009 with no response,Judicaal
Notice to the court pursuant to K.S.A. 60-409 with AFFIDAVIT
with no repense, Motion to the court to contest the last will and
testament of viola wedel and amended and restated revocable trust
known as the viola wedel trust of 1997,filed on 10-19-2009 with
no response, First request for production of documents.
```

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX. Related Litigation:

Please mark the statement that pertains to this case:

    _____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

    __X__ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Gerald Ray Wedel*
Signature of Plaintiff

GERALD RAY WEDEL
Name (Print or Type)

1625 U U Road
_____
Address

Copeland, Kansas 67837
_____
City        State       Zip Code

620-668-5375
_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ((Wichita,) Kansas City  or  Topeka ), Kansas as the location for the
                            (circle one location)
trial in this matter.

*Herald Ray Wedel*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ((yes) or no ).    (REQUESTING A 12 PERSON JURY)
                                 (circle one)

*Herald Ray Wedel*
Signature of Plaintiff

Dated: May 17, 2010
(Rev. 8/07)

6