IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS (Wichita)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'10  JUL 12  A10 :47

GERALD RAY WEDEL,  )
      Plaintiff,  )

CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA. KS

VS.  )     CASE No. 10-CV-1156-CM-GLR

KYLER G. KNOBBE, et al.,  )
      Defendants,  )
_____  )

## MOTION FOR PROTECTIVE ORDER

COMES NOW, Plaintiff, by GERALD RAY WEDEL, shall file this MOTION FOR

PROTECTIVE ORDER pursuant to FEDERAL RULE 26 (c), and move for an order

PROTECTING PLAINTIFF from further abusive filings, annoyance, embarrassment,

oppression, undue burden, expense, harassment, and to answer frivolous filing's made by

Attorneys with a CONFLICT of INTEREST.

The defendant's have refused to answer The Summons and Claim pursuant to

SUMMONS that states the Federal Rule 12 (a) (2), (3), (A). The Summons and Claim is

supported by certified Court Document's, Federal Law's, Kansas Statute's, Kansas

constitution, and The Constitution of The United States of America. INSTEAD The

DEFENDANTS have elected to rather file Motion's to Dismiss of which adds expenses

for the plaintiff to answer a FRIVOLOUS filing.

The DEFENDANT'S MOTION"S contain nothing of substance that is new to the

summons and claim. They are unsupported, slanderous attack against the plaintiff,

accusing plaintiff of all sort's of vague misconduct, and is replete with conclusory

statements and irrelevant case cites, and the defendants have refused to answer the

1

summons with a claim that was served on them by the UNITED STATES MARSHAL

There is clearly a conflict of interest by Attorney Stephen O. Phillips, and Attorney Kyler G. Knobbe. Which Attorney Stephen O. Phillips is a defendant in Case No. 10-CV-1079-MLB-DWB and Attorney Kyler G. Knobbe is a defendant in this case No. 10-CV-1156-CM-GLR. The attorney's actions are in RETALIATION of plaintiff for his EXERCISE OF FREE SPEECH Case to support RETALIATION (06-CV-2013-CM-KGS).

## BLACK'S LAW DICTIONARY "EIGHTH EDITION"

**CONFLICT OF INTEREST;** 1. A real or seeming incompatibility between one's private interests and one's public or fiduciary duties. 2. A real or seeming incompatibility between the interest of two of a lawyer's clients, such that the lawyer is disqualified from representing both clients if the dual representation adversely affects either client or if the clients do not consent.

**CONFLICT OUT;** To disqualify (a lawyer or judge) on the basis of a conflict of interest <the judge was conflicted out of the case by his earlier representation of one of the litigants>. (Case: Attorney and Client 20.1; Judges 39. C.J.S. Judges ** 62, 98, 100, 102, 107.)

The following are Exhibit's of the first page of the MOTIONS and DOCUMENTS filed by Attorney Stephen O. Phillips, and Attorney Kyler G. Knobbe with a conflict of interest; (Exhibit's A, B, C, D, E, and F,).

## IN THE DISTRICT COURT OF FORD COUNTY, KANSAS
## CASE No. 2009-PR-65

The Ford County District Court of Kansas held a HEARING on May 17th, 2010 at

2

1:00 P.M. and issued an ORDER (Exhibit G) that was filed into the court record on May 17th, 2010 at 2:29 P.M. after the NOTICE OF REMOVAL to Federal Court was filed on May 17th, 2010 at 11:19 A.M.

THEREFORE, The Plaintiff PRAY'S that the court issue a PROTECTIVE ORDER whereby the Plaintiff is not required to file a response to further MOTIONS filed by The Defendants unless directed to do so by the COURT or UNTIL A ANSWER HAS BEEN FILED BY THE DEFENDANTS on the Summons and Claim that was SERVED ON THEM by The United States Marshal the answer is pursuant to Rule 12 (A), (b) (1) (2) (3) as stated on the summons.

RESPECTFULLY SUBMITTED;

GERALD RAY WEDEL
1625 U U Road
Copeland, Kansas 67837

JURAT

*Gerald Ray Wedel*

GERALD RAY WEDEL
1625 U U Road
Copeland, Kansas 67837

State of Kansas        )
                        )    Subscribed and Affirmed
County of _*Gray*_   )

On the Month of _*July*_ Day of _7th_ 2010, came before me.
GERALD RAY WEDEL. Personally appeared GERALD RAY WEDEL, who proved to
me on the basis satisfactory evidence to be the person whose name subscribed to this
instrument and acknowledge to me that he is the person that executed this instrument and
that the statement contained herein are true correct and complete to the best of his
knowledge. I certify under PENALTY OF PERJURY under the laws of this State that the
foregoing paragraph is true and correct.

_Carol Winsor_
PUBLIC NOTARY

_5-3-20 11_
MY APPOINTMENT EXPIRES

CAROL WINSOR
Notary Public – State of Kansas
My Appt. Exp.

(SEAL)

## CERTIFICATE OF SERVICE

The undersigned, GERALD RAY WEDEL, certifies that a true and correct copy of

the following, MOTION FOR PRODUCTIVE ORDER was served upon. The following

and put in the United States mail postage prepaid, and properly addressed on the 9th day

of July 2010.

Court Clerk
The United States District Court For The District Of Kansas (Wichita)
401 North Market Street
204 U.S. Courthouse
Wichita, Kansas 67202

Stephen O. Phillips
Assistant Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597

Kyler G. Knobbe
P.O. Box 937
Cimarron, Kansas 67835

GERALD RAY WEDEL
1625 U U Road
Copeland, Kansas 67837

4



KYLER G. KNOBBE
POST OFFICE BOX 937
CIMARRON, KANSAS 67835



02 1P          $ 000.44⁰
0003964351    JUL 02 2010
MAILED FROM ZIP CODE 67835

7-3-2010

Gerald Ray Wedel
1625 UU Road
Copeland, Kansas 67837

6783737406 R002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

GERALD RAY WEDEL, )
                          )
          Plaintiff, )
                          )
v. )           **Case No. 6:10-cv-01156-CM-GLR**
                          )
KYLER G. KNOBBE, *et al*, )
                          )
          Defendants. )
                          )
_____ )

## NON STATE DEFENDANTS' RESPONSE TO
## PLAINTIFF GERALD WEDEL'S MOTION TO STRIKE

Defendants Kyler G. Knobbe, Wayne L. Wedel, Elva Bach, and Mitch Little (Non

State Defendants), by and through their counsel, Kyler Knobbe, submit this Response to

Plaintiff Gerald Wedel's Motion to Strike, Doc. 27.

Pursuant to FRCP 10(c), these Non State Defendants adopt and incorporate by

reference the Response filed by the State Defendants herein.

Plaintiff's Motion to Strike should be denied and Rule 11 should be applied to it.

Respectfully submitted,

/s/ Kyler Knobbe
Kyler Knobbe #08356
PO Box 937
Cimarron, Kansas 67835
Phone: 620-855-3100
Fax: 620-855-7729
knobbe@ucom.net



EXHIBIT
$\mathcal{B}$
tabbies.



016H26614253

$01.059

06/28/2010

Mailed From 66612

US POSTAGE

Hasler

$7 - / - 2010$



Steve Six
Kansas Attorney General's Office
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612

To: Gerald Ray Wedel
Letha Wedel
1625 U.U. Rd
Copeland, KS 67837

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

GERALD RAY WEDEL,                    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )        **Case No. 10-1156-CM-GLR**
                                     )
KLYER G. KNOBBE, *et al.*,           )
                                     )
            Defendants.              )
                                     )

### STATE DEFENDANTS' RESPONSE TO
### PLAINTIFF GERALD WEDEL'S
### MOTION TO STRIKE

Defendants Kansas District Court Magistrate Judge Michael Freelove, Kansas District

Court Judges Daniel L. Love and E. Leigh Hood, and the Ford County District Court Sixteenth

Judicial District (hereinafter "State Defendants"), by and through counsel, Stephen Phillips,

Assistant Attorney General for the State of Kansas, submit this Response to Plaintiff Gerald

Wedel's Motion to Strike, Doc. 27.[1]

Wedel seeks to have these Defendants' Motion to Dismiss and accompanying

Memoranda stricken. Fed. R. Civ. P. 12(f) allows the court to strike pleadings that state "an

insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Motions

to strike are generally disfavored and are a matter within the court's discretion. *Dockhorn v.*

*Kitchens By Kleweno,* No. 08-2307, 2010 WL 1196425, at *2 (D. Kan. Mar. 23, 2010).

Wedel makes no allegations that would meet the criteria set forth in Rule 12(f). His

motion is a rambling, unintelligible jumble of legal standards and case cites. He states nothing of

---

[1] It is worth noting that Wedel now has five federal cases pending: 10-1069, 10-1079, 10-1134, 101148, 10-1056. In these cases, as of June 28, 2010, Wedel has filed a total of 12 nearly identical motions to strike, a motion for sanctions, and five motions for an injunction. All are nonsensical. He has yet to file a conventional response or reply to any anything.



EXHIBIT

C

*tabbies*



Steve Six
Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612

Gerald Ray Wedel
1625 UU Road
Copeland, Kansas 67837



Hasler

$02.580

06/24/2010
Mailed From 66612
US POSTAGE

016H2651425S

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GERALD RAY WEDEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. 10-1148-EFM-KMH** |
| | ) |
| **ROGER M. TURBAK, *et al*.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## STATE DEFENDANTS' MEMORANDUM IN SUPPORT OF
## MOTION TO DISMISS

In accordance with D. Kan. 7.1(a) and D. Kan. 7.6, Defendants Kansas District Court

Judge Thomas M. Sutherland, and the Johnson County District Court (hereinafter "State

Defendants"), by and through counsel, Stephen Phillips, Assistant Attorney General for the State

of Kansas, submit this Memorandum in Support of their Motion to Dismiss.

For reasons set forth herein, State Defendants respectfully request that their Motion to

Dismiss be granted by the Court and that they receive such other and further relief as the Court

deems just and proper.

## NATURE OF THE MATTER BEFORE THE COURT

Plaintiff Gerald R. Wedel, proceeding *in forma pauperis* and *pro se*, seeks damages

against several defendants.[1] Wedel's Complaint is conclusory and vague, simply citing violation

of a variety of constitutional rights and federal and state statutes, along with a laundry list of

different types of fraud.

---

[1] Wedel now has five suits pending in D. Kan Federal District Court, mostly against various State of Kansas officials, banks and private attorneys *See* Nos. 10-1069-CM-KMH, 10-1079-MLB-DWB, 10-1134-EFM-JPO, 10-1148-EFM-KMH and 10-1156 CM-GLR.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GERALD RAY WEDEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **Case No. 10-1148-EFM-KMH** |
| | ) |
| **ROGER M. TURBAK, *et al.,*** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### STATE DEFENDANTS' MOTION TO DISMISS

In accordance with D. Kan. 7.1(a) and D. Kan. 7.6, Defendants Kansas District Court

Judge Thomas M. Sutherland, and the Johnson County District Court (hereinafter "State

Defendants"), by and through counsel, Stephen Phillips, Assistant Attorney General for the State

of Kansas, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), move this Court for an Order

dismissing this action against them for failure to state a claim and lack of subject matter

jurisdiction.

In accordance with D. Kan. 7.1 and 7.6, a Memorandum in Support of the Motion is

submitted herewith.

For reasons set forth herein and in the supporting Memorandum, these Defendants

respectfully request that their Motion to Dismiss be granted by the Court, and that they receive

such other and further relief as the Court deems just and proper.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

GERALD RAY WEDEL, )
)
        Plaintiff, )
)
v. )    **Case No. 10-1156-CM-GLR**
)
KLYER G. KNOBBE, *et al.*, )
)
        Defendants. )
_____)

## STATE DEFENDANTS' RESPONSE TO
## PLAINTIFF GERALD WEDEL'S
## MOTION FOR AN EMERGENCY INJUNCTION

Defendants Kansas District Court Magistrate Judge Michael Freelove, Kansas District

Court Judges Daniel L. Love and E. Leigh Hood, and the Ford County District Court Sixteenth

Judicial District (hereinafter "State Defendants"), by and through counsel, Stephen Phillips,

Assistant Attorney General for the State of Kansas, pursuant to Fed. R. Civ. P. 12(b)(1) and

12(b)(6), submit this Response to Plaintiff Gerald Wedel's Motion for an Emergency Injunction,

Doc. 20.

For a party to obtain a permanent injunction, it must prove: "(1) actual success on the

merits; (2) irreparable harm unless the injunction is issued; (3) the threatened injury outweighs

the harm that the injunction may cause the opposing party; and (4) the injunction, if issued, will

not adversely affect the public interest." *Fisher v. Oklahoma Health Care Auth.*, 335 F.3d 1175,

1180 (10th Cir.2003) (citations omitted).

Wedel's Motion addresses none of these factors and contains no substance. It is filled

with unintelligible legal ramblings. It does not even state what injunctive relief he seeks.

KYLER G. KNOBBE
POST OFFICE BOX 937
CIMARRON, KANSAS 67835



6-29-2010

Gerald Wedel
1625 UU Road
Copeland, Kansas 67837



67A37S7406 R002



EXHIBIT
D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GERALD RAY WEDEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Case No. 6:10-cv-01156-CM-GLR** |
| | ) |
| **KYLER G. KNOBBE, *et al*,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| —————————————————— | ) |

## NON STATE DEFENDANTS` RESPONSE TO PLAINTIFF
## GERALD WEDEL'S MOTION FOR AN EMERGENCY INJUNCTION

Defendants Kyler G. Knobbe, Wayne L. Wedel, Elva Bach, and Mitch Little, by and

through their counsel, Kyler Knobbe, submit this Response to Plaintiff Gerald Wedel's Motion

for an Emergency Injunction, Doc. 20.

The Motion for Emergency Injunction was never served on these Non State Defendants.

The only way they were aware of the Motion is because of the electronic response filed by

Stephen Phillips, Assistant Attorney General for the State of Kansas, attorney for the State

Defendants.

Pursuant to FRCP 10(c), these Non State Defendants adopt and incorporate by reference

the Response filed by the State Defendants herein.

In addition, if Mr. Wedel wishes to continue the barrage of filings with the Federal Court,

Mr. Wedel needs to be aware that Federal Rule 11, and specifically 11(c), applies to him also as a

party.

KYLER G. KNOBBE
POST OFFICE BOX 937
CIMARRON, KANSAS 67835



02 1P                    $ 001.05⁰
0003964351    JUN 24 2010
MAILED FROM ZIP CODE 67835

6 · 26 - 2010

Gerald Wedel
1625 UU Road
Copeland, Kansas 67837



67&3757406 R002



EXHIBIT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

GERALD RAY WEDEL,                      )
                                       )
                    Plaintiff,         )
                                       )
v.                                     )        Case No. 6:10-cv-01156-CM-GLR
                                       )
KYLER G. KNOBBE, *et al,*              )
                                       )
                    Defendants.        )
                                       )
_____ )

COPY

## NON STATE DEFENDANTS' MEMORANDUM IN
## SUPPORT OF MOTION TO STAY DISCOVERY

Defendant Kyler G. Knobbe, Wayne L. Wedel, Elva Bach, and Mitch Little, by and

through their counsel, Kyler Knobbe, hereby submit this Memorandum in support of their motion

for an order staying all proceedings under Fed. R. Civ. P. 26, including the Rule 26(f) meeting,

report of planning meeting, mediation, initial disclosures pursuant to 26(a)(1), scheduling

conference, discovery and all other Rule 26 activities, pending a ruling on their Motion to

Dismiss.

### NATURE OF THE MATTER BEFORE THE COURT

Plaintiff Gerald Wedel, proceeding *pro se*, seeks damages against several defendants.

Wedel's apparently seeks to challenge proceedings in the Ford County probate case of *In the*

*Matter of the Estate of Viola Wedel*, Case No. 2009PR65. (Kyler Knobbe was the lawyer for the

Estate and Trust; Wayne L. Wedel and Elva Bach were the Executor and Trustees; Mitch Little

owns a title company in Ford County, but otherwise has no connection with the case; the State

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

GERALD RAY WEDEL,                )
    Plaintiff,            )
         )
v.                              )   Case No. 6:10-cv-01156-CM-GLR
         )
KYLER G. KNOBBE, *et al*,        )
    Defendants.        )
         )
_____ )

### NON STATE DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants Kyler G. Knobbe, Wayne L. Wedel, Elva Bach, and Mitch Little, by and

through their counsel, Kyler Knobbe, move this Court for an order staying all proceedings under

Fed. R. Civ. P. 26, including the Rule 26(f) meeting, report of planning meeting, mediation,

initial disclosures pursuant to 26(a)(1), scheduling conference, discovery and all other Rule 26

activities, pending a ruling on these Defendants' Motion to Dismiss.

Defendants' Motion to Dismiss would resolve this case as a matter of law, and,

accordingly, these Defendants contend that discovery and other Rule 26 activities are wasteful

and unduly burdensome.

In accordance with D. Kan. 7.1 and 7.6, a memorandum in support of the motion is

submitted herewith.

Respectfully submitted,

/s/ Kyler Knobbe
Kyler Knobbe #08356
PO Box 937
Cimarron, Kansas 67835
Phone: 620-855-3100
Fax: 620-855-7729
knobbe@ucom.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GERALD RAY WEDEL, )
)
Plaintiff, )
)
v. )                    Case No. 6:10-cv-01156-CM-GR
)
KYLER G. KNOBBE, *et al*, )
)
Defendants. )
)

COPY

## STATE DEFENDANTS' MEMORANDUM
## IN SUPPORT OF MOTION TO DISMISS

Defendants Kyler G. Knobbe, Wayne L. Wedel, Elva Bach, and Mitch Little, (hereinafter

Non State Defendants), by and through their counsel, Kyler Knobbe, submit this Memorandum in

Support of their Motion to Dismiss.

For reasons set forth herein, Non State Defendants respectfully request that their Motion

to Dismiss be granted by the Court and that they receive such other and further relief as the Court

deems just and proper.

### NATURE OF THE MATTER BEFORE THE COURT

Pursuant to FRCP 10(c), these Non State Defendants adopt and incorporate by reference

the NATURE OF MATTER BEFORE THE COURT, STANDARD FOR MOTION TO

DISMISS, 12(b)(1) DISMISSAL, and all those arguments and authorities set out in the "STATE

DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS" filed herein on

June 16, 2010, with the following argument which additionally applies to Non State Defendants:

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

GERALD RAY WEDEL, )
                        **Plaintiff,** )
                                 )
    **v.** )           **Case No. 6:10-cv-01156-CM-GLR**
                                 )
**KYLER G. KNOBBE, WAYNE L. WEDEL,** )
**ELVA BACH, MITCH LITTLE, DANIEL L.** )
**LOVE, E. LEIGH HOOD, MICHAEL** )
**FREELOVE, and FORD COUNTY DISTRICT** )
**COURT SIXTEENTH JUDICIAL DISTRICT** )
                  **Defendants.** )
_____ )

### NON-STATE DEFENDANTS' MOTION TO DISMISS

Kyler G. Knobbe, Wayne L. Wedel, Elva Bach, and Mitch Little (hereinafter "Non State

Defendants"), by and through Kyler Knobbe and pursuant to Fed. R. Civ. P. 12(b)(1) and

12(b)(6), move this Court for an Order dismissing this action against them for lack of subject

matter jurisdiction [12(b)(1)] and failure to state a claim upon which relief can be granted

[12(b)(6)].

In accordance with D. Kan. 7.1 and 7.6, a Memorandum in Support of the Motion is

submitted herewith.

For reasons set forth herein and in the supporting Memorandum, these Defendants

respectfully request that their Motion to Dismiss be granted by the Court, and that they receive

such other and further relief as the Court deems just and proper.

                         Respectfully submitted,

                         /s/ Kyler Knobbe
                         Kyler Knobbe #08356
                         PO Box 937
                         Cimarron, Kansas 67835
                         Phone: 620-855-3100
                         Fax: 620-855-7719
                         knobbe@ucom.net

)





01614-26514265

$01.220
06/17/2010
Mailed From 66612
US POSTAGE

6 - 21 - 2010

 Steve Six
Kansas Attorney General's Office
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612

To: Gerald Ray Wedel
1625 U.U. Road
Copeland, KS 67837



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GERALD RAY WEDEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Case No. 10-1156-CM-GLR** |
| | ) |
| **KLYER G. KNOBBE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## STATE DEFENDANTS' MOTION TO DISMISS

In accordance with D. Kan. 7.1(a) and D. Kan. 7.6, Defendants Kansas District Court

Magistrate Judge Michael Freelove, Kansas District Court Judges Daniel L. Love and E. Leigh

Hood, and the Ford County District Court Sixteenth Judicial District (hereinafter "State

Defendants"), by and through counsel, Stephen Phillips, Assistant Attorney General for the State

of Kansas, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), move this Court for an Order

dismissing this action against them for failure to state a claim and lack of subject matter

jurisdiction.

In accordance with D. Kan. 7.1 and 7.6, a Memorandum in Support of the Motion is

submitted herewith.

For reasons set forth herein and in the supporting Memorandum, these Defendants

respectfully request that their Motion to Dismiss be granted by the Court, and that they receive

such other and further relief as the Court deems just and proper.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|                           |   |
|---------------------------|---|
| **GERALD RAY WEDEL,**     | ) |
|                           | ) |
| **Plaintiff,**            | ) |
|                           | ) |
| **v.**                    | ) **Case No. 10-1156-CM-GLR** |
|                           | ) |
| **KLYER G. KNOBBE, *et al.*,** | ) |
|                           | ) |
| **Defendants.**           | ) |

## STATE DEFENDANTS' MEMORANDUM IN SUPPORT OF
## MOTION TO DISMISS

In accordance with D. Kan. 7.1(a) and D. Kan. 7.6, Defendants Kansas District Court

Magistrate Judge Michael Freelove, Kansas District Court Judges E. Leigh Hood and Daniel L.

Love, and the Ford County District Court Sixteenth Judicial District (hereinafter State

Defendants), by and through counsel, Stephen Phillips, Assistant Attorney General for the State

of Kansas, submit this Memorandum in Support of their Motion to Dismiss.

For reasons set forth herein, State Defendants respectfully request that their Motion to

Dismiss be granted by the Court and that they receive such other and further relief as the Court

deems just and proper.

### NATURE OF THE MATTER BEFORE THE COURT

Plaintiff Gerald R. Wedel, proceeding *in forma pauperis* and *pro se*, seeks damages

against numerous defendants.[1] Wedel's Complaint is conclusory and vague, simply citing

violation of a variety of constitutional rights and Kansas Statutes, along with a laundry list of

different types of fraud and RICO.

---

[1] Wedel has four suits pending in D. Kan Federal District Court, mostly against various State of Kansas officials, banks and private attorneys See No. 10-1069-CM-KMH, 10-1079-MLB-DWB, 10-1134-EFM-JPO and 10-1156 CM-GLR.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GERALD RAY WEDEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. 10-1156-CM-GLR** |
| | ) |
| **KLYER G. KNOBBE, *et al.*,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## STATE DEFENDANTS' MOTION TO DISMISS

In accordance with D. Kan. 7.1(a) and D. Kan. 7.6, Defendants Kansas District Court

Magistrate Judge Michael Freelove, Kansas District Court Judges Daniel L. Love and E. Leigh

Hood, and the Ford County District Court Sixteenth Judicial District (hereinafter "State

Defendants"), by and through counsel, Stephen Phillips, Assistant Attorney General for the State

of Kansas, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), move this Court for an Order

dismissing this action against them for failure to state a claim and lack of subject matter

jurisdiction.

In accordance with D. Kan. 7.1 and 7.6, a Memorandum in Support of the Motion is

submitted herewith.

For reasons set forth herein and in the supporting Memorandum, these Defendants

respectfully request that their Motion to Dismiss be granted by the Court, and that they receive

such other and further relief as the Court deems just and proper.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|                               |   |                               |
|-------------------------------|---|-------------------------------|
| **GERALD RAY WEDEL,**         | ) |                               |
|                               | ) |                               |
| **Plaintiff,**                | ) |                               |
|                               | ) |                               |
| **v.**                        | ) | **Case No. 10-1156-CM-GLR**   |
|                               | ) |                               |
| **KLYER G. KNOBBE, *et al.*,** | ) |                               |
|                               | ) |                               |
| **Defendants.**               | ) |                               |
|                               | ) |                               |

## STATE DEFENDANTS' MOTION TO DISMISS

In accordance with D. Kan. 7.1(a) and D. Kan. 7.6, Defendants Kansas District Court

Magistrate Judge Michael Freelove, Kansas District Court Judges Daniel L. Love and E. Leigh

Hood, and the Ford County District Court  Sixteenth Judicial District (hereinafter "State

Defendants"), by and through counsel, Stephen Phillips, Assistant Attorney General for the State

of Kansas, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), move this Court for an Order

dismissing this action against them for failure to state a claim and lack of subject matter

jurisdiction.

In accordance with D. Kan. 7.1 and 7.6, a Memorandum in Support of the Motion is

submitted herewith.

For reasons set forth herein and in the supporting Memorandum, these Defendants

respectfully request that their Motion to Dismiss be granted by the Court, and that they receive

such other and further relief as the Court deems just and proper.



**EXHIBIT**

**G**

### IN THE DISTRICT COURT OF FORD COUNTY, KANSAS

IN THE MATTER OF THE ESTATE OF

VIOLA WEDEL, DECEASED.                          No. 09PR65

## JOURNAL ENTRY OF FINAL SETTLEMENT

ON May 17, 2010, comes on for hearing the Petition for Final Settlement filed by Kyler

Knobbe, lawyer for Wayne L. Wedel, Executor of the estate of Viola Wedel, deceased.

Wayne L. Wedel appears in person and by his lawyer, Kyler Knobbe, Cimarron, Kansas.

Elva Bach appears in person. There are no other appearances except: ___*other*___

___*spectators*___.

After examining the files, hearing the evidence, statements, and arguments of counsel,

and being duly advised in the premises, the Court finds:

1. Due diligence has been exercised in the search for names, ages, relationships,

residences, and addresses of heirs, devisees, legatees, and creditors.

2. Notice of this hearing has been given as required by law and the order of this court,

and proof thereof has been filed herein and is hereby approved.

3. The allegations of the petition are true.