IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS (WICHITA)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'10 JUL 16 P2 :26

CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY CLERK
AT WICHITA, KS

GERALD RAY WEDEL, )
    Plaintiff, )
                    )
VS.                 )   CASE No. 10-1156-CM-GLR
                    )
KYLER G. KNOBBE, et al. )
    Defendants, )
_____ )

## PLAINTIFF RESPONSE TO STATE DEFENDANTS'
## MOTION FOR PROTECTIVE ORDER

COMES NOW, Plaintiff GERALDRAY WEDEL, Response to state Defendants'

MOTION FOR PROTECTIVE ORDER (Exhibit A) with the following facts';

1. Plaintiff have filed an response or answer to all of Defendants Motions';

2. Plaintiff elected to response to Defendants' motions' pursuant to Rule 12 (f);

3. Defendants' Attorney Stephen O. Phillips has made a many INFLAMMATORY REMARKS' toward the Plaintiff in his MOTIONS' that will prevent a fair TRAIL and to have ORDERS' issued in his FAVOR by the court;

4. Defendants' have violated Plaintiff Constitutional Rights' to Due Process #1, #5, #6, #7, and #14;

5. Defendants' have not Deny or/ Admit to Plaintiff Claim of which leaves all issues, merits, and facts to be true and undisputed;

6. Defendants have elected to not answer the summons with a claim served upon them instead they have elected to file motions pursuant to Rule 12 (4) of which does not state the kind of motion that can be filed as to pursuant to Rule 12 (f) of

1

which states the motion that can be filed;

7. Attorney Stephen O. Phillips has a conflict of interest when he is a Defendant in Case No. 10-CV-1069-CM-KMH against the Plaintiff;

8. Attorney Stephen O. Phillips has violated the following Rules' Rule 3.3 (a) (1) (2) (4), Rule 3.4 (a) (b) (d), Rule 3.5 (a), Rule 3.6 (a) (b) (5), Rule 3.7 (a), Rule 4.1 (a), Rule 5.1 (a) (b) (c), Rule 8.4 (a) (b) (c) (d) (e) (f) (g).

Therefore, The court shall issue no orders until it comply to Rule 38 (a), and Rule 39 (a) and constitution Amendment #7 and is not in violation of Plaintiff Constitutional Rights to Due Process #1, #5, #6, #7, and #14.

RESPECTFULLY SUBMITTED;

*Gerald Ray Wedel*
GERALD RAY WEDEL
1625 U U Road
Copeland, Kansas 67837

## CERTIFICATE OF SERVICE

The undersigned, GERALD RAY WEDEL, certifies that a true and correct copy of the following, PLAINTIFF RESPONSE TO STATE DEFENDANTS MOTION FOR PROTECTIVE ORDER was served upon. The following and put in the United States mail postage prepaid, and properly addressed on the 13th, day of July 2010.

Court Clerk
The United States District Court For The District of Kansas (Wichita)
401 North Market Street
204 United States Courthouse
Wichita, Kansas 67202

Stephen O. Phillips
Assistant Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597

Kyler G. Knobbe
P.O. Box 937
109 West Ave. A
Cimarron, Kansas 67835

*Gerald Ray Wedel*
GERALD RAY WEDEL
1625 U U Road
Copeland, Kansas 67837





EXHIBIT A



Steve Six
Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612

Gerald Ray Wedel
1625 U.U. Rd
Copeland, KS 67837

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GERALD RAY WEDEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-1156-CM-GLR |
| ) | |
| KLYER G. KNOBBE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STATE DEFENDANTS' MOTION FOR PROTECTIVE ORDER

COMES NOW, Defendants Kansas District Court Magistrate Judge Michael Freelove, Kansas District Court Judges Daniel L. Love and E. Leigh Hood, and the Ford County District Court, Sixteenth Judicial District (hereinafter "State Defendants"), by and through counsel Stephen Phillips, Assistant Attorney General for the State of Kansas, and move for an order protecting defendants from further abusive filings by Plaintiff Gerald Wedel in this matter.

In this case, Plaintiff Wedel has filed a motion for emergency injunction (Doc. 20) and two motions to strike (Docs. 27 and 28). None of them make any sense. He has failed to file a response or a reply to any of defendants' motions, with the exception of a document that ECF docketed a reply, but which Wedel captioned as yet another motion (Doc. 31). Motions to strike by Wedel very similar to the ones filed in this case have already been overruled in case #10-1134 (Docs. 33 and 43). Wedel's argument that defendants have defaulted by not filing an answer has also been expressly rejected by the court in case #10-1134 (Doc. 48).

Wedel now has five federal cases pending: 10-1069, 10-1079, 10-1134, 10-1148, 10-1056. In these cases, as of July 8, 2010, Wedel has filed a total of 14 nearly identical motions to

strike, a motion for sanctions, five motions for emergency injunction, and four motions for default judgment. Wedel also filed a total of five additional motions in support of his emergency injunction, but which ECF docketed as replies.

As a practical matter, Wedel has yet to file a conventional response or reply to anything—he just files more motions. Wedel's motions contain no substance. They are filled with unsupported slanderous accusations against counsel and parties, and with random, unintelligible legal ramblings. Wedel's continued blizzard of redundant, nonsensical motions is abusive and frivolous and he mocks the federal and state judicial process by filing them.

While Wedel is not responding to any of defendants' motions except by way of more motions, defendants are required by D. Kan. Rule 7.4 to respond to whatever Wedel files or risk having the matter deemed uncontested. Because Wedel's second Motion to Strike is abusive and duplicative, and because he has demonstrated a pattern of repetitive abusive filings in his other cases, the State Defendants request that, until such time as the Court rules on the motions to dismiss that have been filed by various defendants, the Court enter a Protective Order whereby defendants are not required to file responses to further motions by Wedel unless specifically directed to by the Court.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
STEVE SIX

s/ Stephen Phillips
Stephen Phillips, Sup. Ct. No. 14130
Asistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
TEL:   (785) 296-2215
FAX:   (785) 291-3767
steve.phillips@ksag.org