𝒪

**FILED**
U.S. District Court
District of Kansas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AUG **- 6** 2010

Clerk, U.S. District Court
By_____Deputy Clerk

GERALD RAY WEDEL,          )
        Plaintiff,         )
                           )
V.                         )          Case No. 10-CV-1156-CM-GLR
                           )
KYLER G. KNOBBE, et al.,   )
        Defendants,        )
_____)

## MOTION TO THE COURT CLERK OF THE UNITED STATES
## DISTRICT COURT FOR THE DISTRICT OF KANSAS
## (Wichita) FOR DEFAULT ORDER'S

COMES NOW, THE (Plaintiff's) BY GERALD RAY WEDEL IS DEMANDING

FOR THE FOLLOWING DEFAULT ORDER'S TO BE ISSUED BY THE COURT

CLERK pursuant to FEDERAL RULE 77.2 (a) (6) and FEDERAL RULE 55 (a), (b) (1)

in The United States District Court for The District of Kansas (Wichita), pursuant to the

**"INCONTIONVERTIBLE-PHYSICAL-FACTS-DOCTRINE"** on the following;

**"SUMMONS STATES"** A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you

received it)—or 60 days if you are the United States or a United States agency, or an

officer or employee of the United States described in Fed. R. Civ. P. 12 (a) (2) or (3)—

you must serve on the plaintiff an answer to the attached complaint or a Motion under

Rule 12 of The Federal Rules of Civil Procedure. The Answer or Motion must be served

on the plaintiff or plaintiff's attorney, whose name and address are: Gerald Ray Wedel,

1625 U U Road, Copeland, Kansas 67837.

**"FEDERAL RULE (a) (2) and (3)"** (2) A party served with a pleading stating a

1

cross-claim against that party shall serve an answer thereto within 20 days after being served. The plaintiff shall serve a reply to a counterclaim in the answer within 20 days after service of the answer, or, if a reply is ordered by the court, within 20 days after service of the order, unless the order otherwise directs.

(3) (A) The United States, an agency of the United States, or an officer or employee of the United States sued in an official capacity, shall serve an answer to the complaint or cross-claim—or a reply to a counterclaim—within 60 days after the United States attorney is served with the pleading asserting the claim.

**"FEDERAL RULE 8 (a), (b)"** (b) DEFENSES; FORM of DENIALS. A party shall state in short and plain terms the party's defenses to each claim asserted and shall admit or deny the averments upon which the adverse party relies. If a party is without knowledge or information sufficient to form a belief as to the truth of an averment, the party shall so state and this has the effect of a denial. (d) EFFECT OF FAILURE TO DENY. Averments in a pleading to which a response pleading is required, other than those as to the amount of damage, are admitted when not denied in the responsive pleading. Averments in a pleading to which no responsive pleading is required or permitted shall be taken as denied or avoided.

1. KYLER G. KNOBBE, 109 West Ave A., P.O. Box 937, Cimarron, Kansas 67835. Went into DEFAULT on 7/2/2010 (certified Docket #8) (Exhibit 1). Default was pursuant to FEDERAL RULE 12 (a) (2) and (3) and FEDERA RULE 8 (a), (b) and (d). (ORDER SUPPLIED).

2. MITCH LITTLE, 207 Gunsmoker, Dodge City, 67801. Went into DEFAULT on 7/2/2010 (certified Docket #9) (Exhibit 1). DEFAULT was pursuant to

2

FEDERAL RULE 12 (a) (2) and (3) and FEDERAL RULE 8 (a), (b) and (d).
(ORDER SUPPLIED).

3.  WAYNE L. WEDEL, 132 Davis Street, Monte Vista, CO. 81144. Went into
    DEFAULT on 7/7/2010 (certified Docket #18) (Exhibit 1). DEFAULT was
    pursuant to FEDERAL RULE 12 (a) (2) and (3) and FEDERAL RULE 8 (a), (b)
    and (d). (ORDER SUPPLIED).

4.  ELVA BACH, 3810 Aspen Place, Casper, WY. 82604. Went into DEFAULT on
    7/6/2010 (certified Docket # 19) (Exhibit 1). DEFAULT was pursuant to
    FEDERAL RULE 12 (a) (2) and (3) and FEDERAL RULE 8 (a), (b) and (d).
    (ORDER SUPPLIED).

5.  DANIAL LOVE, 101 West Spruce, P.O. Box 197, Dodge City, Kansas, 67801.
    Went into DEFAULT on 7/6/2010 (certified Docket #14) (Exhibit 1). DEFAULT
    was pursuant to FEDERAL RULE 12 (a) (2) and (3) and FEDERAL RULE 8 (a),
    (b) and (d) (ORDER SUPPLIED).

6.  E. LEIGHT HOOD, 101 West Spruce, P.O. Box 197, Dodge City, Kansas 67801.
    Went into DEFAULT on 7/6/2010 (certified Docket # 15) (Exhibit #1).
    DEFAULT was pursuant to FEDERAL RULE 12 (a) (2) and (3) and FEDERAL
    RULE 8 (a), (b) and (d) (ORDER SUPPLIED).

7.  SIXTEENTH JUDICIAL DISTRICT, The District Court Of Ford County, Kansas,
    101 West Spruce, P.O. Box 197, Dodge City, Kansas 67801. Went into
    DEFAULT on 7/6/2010 (certified Docket # 17) (Exhibit 1). DEFAULT was
    pursuant to FEDERAL RULE 12 (a) (2) and (3) and Federal Rule 8 (a), (b) and (d)
    (ORDER SUPPLIED).

8. MICHEAL FREELOVE, 101 West Spruce, P.O. Box 197, Dodge City, Kansas,

67801. Went into DEFAULT on 7/6/2010 (certified Docket # 16) (Exhibit 1).

DEFAULT was pursuant to FEDERAL RULE 12 (a) (2) and (3) and Federal Rule

8 (a), (b) and (d) (ORDER SUPPLIED).

Therefore, The Plaintiff's Pray that the COURT CLERK ISSUE THE DEFAULT

ORDER'S TO ALL THE ABOVE LISTED PARTIES that is Lawful and Just.

RESPECTFULLY SUBMITTED;

GERALD RAY WEDEL
1625 U U Road
Copeland, Kansas 67837

4

## **AFFIDAVIT**

I, GERALD RAY WEDEL, the undersigned does hereby solemnly swear, declare, and state under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph's are true and correct as follows:

1. GERALD RAY WEDEL is competent to state the matters set fort herewith and in the MOTION TO THE COURT CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS (Wichita) FOR DEFAULT ORDER'S.

2. GERALD RAY WEDEL has personal first hand knowledge of the facts stated herein and the MOTION TO THE COURT CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS (Wichita) FOR DEFAULT ORDER'S .

3. ALL the facts stated herein and in the MOTION TO THE COURT CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS (Wichita) FOR DEFAULT ORDER'S are true, correct, and complete in accordance with GERALD RAY WEDEL best firsthand knowledge and understanding, and if called upon to testify as a witness GERALD RAY WEDEL shall so state.

GERALD RAY WEDEL

County of _____ )
                     ) Subscribed and affirmed
State of Kansas      )

Personally appeared before me GERALD RAY WEDEL, who proved to me on the basis satisfactory evidence to be the person whose name subscribed to this instrument and acknowledge to me that he is the person that executed this instrument and that

statement contained herein are true correct and complete to the best of his knowledge.

Carol Winsor _____ Witness my hand and official seal;
PUBLIC NOTARY

5-3-2011
MY APPOINTMENT EXPIRES

CAROL WINSOR
Notary Public – State of Kansas
My Appt. Exp.

(SEAL)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS (Wichita)**

GERALD RAY WEDEL,     )
        Plaintiff,     )
                )
V.                 )        Case No. 10-CV-1156-CM-GLR
                )
KYLER G. KNOBBE, et al.,     )
        Defendants;     )
_____)

## ORDER FOR JUDGMENT BY DEFAULT

JUDGMENT BY DEFAULT shall be issued by THE COURT CLERK pursuant to

RULE 77.2 (a) (6) and RULE 55 (a), (b) (1). The Court file and DOCKET CLEARLY

SHOWS DEFENDANT **KYLER G. KNOBBE, 109 West Ave A., P.O. Box 937,**

**Cimarron, Kansas 67835.** has went into DEFAULT on 7/2/2010 DOCKET #8 (Exhibit

1) and summons (Exhibit 2) pursuant to the SUMMONS that was served by the UNITED

STATES MARSHALS. DEFAULT is pursuant to Federal RULE 12 (a) (2) and (3) with

no answer and FEDERAL RULE 8 (a), (b), and (d) or DENIAL OF ANY PART OF

THE CLAIM OR FACTS. This ORDER is supported by the "MOTION TO THE

COURT CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF KANSAS (Wichita) FOR DEFAULT ORDER'S" with AFFIDAVIT.

Instead of the Defendant to file THERE answer to the SUMMONS and CLAIM

Defendant instead has ELECTED thus far to file a MOTIN TO DISMISS of which is in

violation of RULE 8 GENERAL RULES OF PLEADING; (b) a party shall state in short

and plain terms the party's defenses to each claim asserted and shall admit or deny the

1

averments upon which the adverse party relies. If a party is without knowledge or information sufficient to form a belief as to the truth of an averment, the party shall so state and this has the effect of a denial. (d) EFFECT OF FAILURE TO DENY; Averments in a pleading to which a responsive pleading is required, other than those as to the amount of damage are admitted when not denied in the responsive pleading is required or permitted shall be taken as denied or avoided. pursuant to DOCKET #10, #11, #12, #13, #22, #23, #24, #25, #26, #28, #29, #32, #35, #36, #37, #43, #44, and #45. That has left THE DEFENDANT in DEFAULT pursuant to the SUMMONS and FEDERAL RULE 12 (a) (2), and (3), and Federal Rule 8 (a), (b), and (d).

THEREFORE because of all the fact's and FEDERAL RULEL'S to support this JUDGMENT BY DEFAULT shall be GRANTED and ISSUED by the Court Clerk for the amount of $5,000.000,00 dollars (FIVE MILLION DOLLAR'S) THE SAME AMOUNT STATED IN THE CLAIM WITH SUMMONS.

**"IT IS HEREBY ORDER"**

<div style="text-align:right">

_____
CLERK OF COURT

</div>

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS (Wichita)

GERALD RAY WEDEL,                 )
          Plaintiff,           )
                       )
V.                                )          Case No. 10-CV-1156-CM-GLR
                       )
KYLER G. KNOBBE, et al.,          )
          Defendants;          )
_____ )

### ORDER FOR JUDGMENT BY DEFAULT

JUDGMENT BY DEFAULT shall be issued by THE COURT CLERK pursuant to RULE 77.2 (a) (6) and RULE 55 (a), (b) (1). The Court file and DOCKET CLEARLY SHOWS DEFENDANT **MITCH LITTLE, 207 Gunsmoker, Dodge City, Kansas 67801.** has went into DEFAULT on 7/2/2010 DOCKET #9 (Exhibit 1) and summons (Exhibit 3) pursuant to **the SUMMONS that was served by the UNITED STATES MARSHALS**. DEFAULT is pursuant to Federal RULE 12 (a) (2) and (3) with no answer and FEDERAL RULE 8 (a), (b), and (d) or DENIAL OF ANY PART OF THE CLAIM OR FACTS. This ORDER is supported by the "MOTION TO THE COURT CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS (Wichita) FOR DEFAULT ORDER'S" with AFFIDAVIT.

Instead of the Defendant to file THERE answer to the SUMMONS and CLAIM Defendant instead has ELECTED thus far to file a MOTIN TO DISMISS of which is in violation of RULE 8 GENERAL RULES OF PLEADING; (b) a party shall state in short and plain terms the party's defenses to each claim asserted and shall admit or deny the

1

averments upon which the adverse party relies. If a party is without knowledge or information sufficient to form a belief as to the truth of an averment, the party shall so state and this has the effect of a denial. (d) EFFECT OF FAILURE TO DENY; Averments in a pleading to which a responsive pleading is required, other than those as to the amount of damage are admitted when not denied in the responsive pleading is required or permitted shall be taken as denied or avoided. pursuant to DOCKET #10, #11, #12, #13, #22, #23, #24, #25, #26, #28, #29, #32, #35, #36, #37, #43, #44, and #45. That has left THE DEFENDANT in DEFAULT pursuant to the SUMMONS and FEDERAL RULE 12 (a) (2), and (3), and Federal Rule 8 (a), (b), and (d).

THEREFORE because of all the fact's and FEDERAL RULEL'S to support this JUDGMENT BY DEFAULT shall be GRANTED and ISSUED by the Court Clerk for the amount of $5,000.000,00 dollars (FIVE MILLION DOLLAR'S) THE SAME AMOUNT STATED IN THE CLAIM WITH SUMMONS.

**"IT IS HEREBY ORDER"**

____________________________

CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS (Wichita)**

GERALD RAY WEDEL,  )
          Plaintiff,  )
                             )

V.  )           Case No. 10-CV-1156-CM-GLR
                             )
KYLER G. KNOBBE, et al.,  )
          Defendants;  )
_____  )

## ORDER FOR JUDGMENT BY DEFAULT

JUDGMENT BY DEFAULT shall be issued by THE COURT CLERK pursuant to

RULE 77.2 (a) (6) and RULE 55 (a), (b) (1). The Court file and DOCKET CLEARLY

SHOWS DEFENDANT **WAYNE L. WEDEL, 132 Davis Street, Monte Vista, CO,**

**81144.** has went into DEFAULT on 7/7/2010 DOCKET #18 (Exhibit 1) and summons

(Exhibit 7) pursuant to **the SUMMONS that was served by the UNITED STATES**

**MARSHALS**. DEFAULT is pursuant to Federal RULE 12 (a) (2) and (3) with

no answer and FEDERAL RULE 8 (a), (b), and (d) or DENIAL OF ANY PART OF

THE CLAIM OR FACTS. This ORDER is supported by the "MOTION TO THE

COURT CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF KANSAS (Wichita) FOR DEFAULT ORDER'S" with AFFIDAVIT.

Instead of the Defendant to file THERE answer to the SUMMONS and CLAIM

Defendant instead has ELECTED thus far to file a MOTIN TO DISMISS of which is in

violation of RULE 8 GENERAL RULES OF PLEADING; (b) a party shall state in short

and plain terms the party's defenses to each claim asserted and shall admit or deny the

1

averments upon which the adverse party relies. If a party is without knowledge or information sufficient to form a belief as to the truth of an averment, the party shall so state and this has the effect of a denial. (d) EFFECT OF FAILURE TO DENY; Averments in a pleading to which a responsive pleading is required, other than those as to the amount of damage are admitted when not denied in the responsive pleading is required or permitted shall be taken as denied or avoided. pursuant to DOCKET #10, #11, #12, #13, #22, #23, #24, #25, #26, #28, #29, #32, #35, #36, #37, #43, #44, and #45. That has left THE DEFENDANT in DEFAULT pursuant to the SUMMONS and FEDERAL RULE 12 (a) (2), and (3), and Federal Rule 8 (a), (b), and (d).

THEREFORE because of all the fact's and FEDERAL RULEL'S to support this JUDGMENT BY DEFAULT shall be GRANTED and ISSUED by the Court Clerk for the amount of $5,000.000,00 dollars (FIVE MILLION DOLLAR'S) THE SAME AMOUNT STATED IN THE CLAIM WITH SUMMONS.

## "IT IS HEREBY ORDER"

_____
CLERK OF COURT

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS (Wichita)

GERALD RAY WEDEL,                    )
      Plaintiff,            )
                 )
V.                                   )    Case No. 10-CV-1156-CM-GLR
                 )
KYLER G. KNOBBE, et al.,              )
      Defendants;           )
_____ )

## ORDER FOR JUDGMENT BY DEFAULT

JUDGMENT BY DEFAULT shall be issued by THE COURT CLERK pursuant to

RULE 77.2 (a) (6) and RULE 55 (a), (b) (1). The Court file and DOCKET CLEARLY

SHOWS DEFENDANT **ELVA BACH, 3810 Aspen Place, Casper, WY. 82604,** has

went into DEFAULT on 7/6/2010 DOCKET #19 (Exhibit 1) and summons (Exhibit 8)

pursuant to **the SUMMONS that was served by the UNITED STATES MARSHALS.**

DEFAULT is pursuant to Federal RULE 12 (a) (2) and (3) with no answer and

FEDERAL RULE 8 (a), (b), and (d) or DENIAL OF ANY PART OF THE CLAIM OR

FACTS. This ORDER is supported by the "MOTION TO THE COURT CLERK OF

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

(Wichita) FOR DEFAULT ORDER'S" with AFFIDAVIT.

Instead of the Defendant to file THERE answer to the SUMMONS and CLAIM

Defendant instead has ELECTED thus far to file a MOTIN TO DISMISS of which is in

violation of RULE 8 GENERAL RULES OF PLEADING; (b) a party shall state in short

and plain terms the party's defenses to each claim asserted and shall admit or deny the

1

averments upon which the adverse party relies. If a party is without knowledge or information sufficient to form a belief as to the truth of an averment, the party shall so state and this has the effect of a denial. (d) EFFECT OF FAILURE TO DENY; Averments in a pleading to which a responsive pleading is required, other than those as to the amount of damage are admitted when not denied in the responsive pleading is required or permitted shall be taken as denied or avoided. pursuant to DOCKET #10, #11, #12, #13, #22, #23, #24, #25, #26, #28, #29, #32, #35, #36, #37, #43, #44, and #45. That has left THE DEFENDANT in DEFAULT pursuant to the SUMMONS and FEDERAL RULE 12 (a) (2), and (3), and Federal Rule 8 (a), (b), and (d).

THEREFORE because of all the fact's and FEDERAL RULEL'S to support this JUDGMENT BY DEFAULT shall be GRANTED and ISSUED by the Court Clerk for the amount of $5,000.000,00 dollars (FIVE MILLION DOLLAR'S) THE SAME AMOUNT STATED IN THE CLAIM WITH SUMMONS.

## **"IT IS HEREBY ORDER"**

_____
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS (Wichita)**

GERALD RAY WEDEL,       )
      Plaintiff,     )
                     )
V.                    )      Case No. 10-CV-1156-CM-GLR
                     )
KYLER G. KNOBBE, et al.,   )
      Defendants;   )
_____ )

## ORDER FOR JUDGMENT BY DEFAULT

JUDGMENT BY DEFAULT shall be issued by THE COURT CLERK pursuant to

RULE 77.2 (a) (6) and RULE 55 (a), (b) (1). The Court file and DOCKET CLEARLY

SHOWS DEFENDANT **DANIEL LOVE, 101 West Spruce, P.O. Box 197, Dodge**

**City, Kansas 67801.** has went into DEFAULT on 7/6/2010 DOCKET #14 (Exhibit 1)

and summons (Exhibit 4) pursuant to **the SUMMONS that was served by the UNITED**

**STATES MARSHALS**. DEFAULT is pursuant to Federal RULE 12 (a) (2) and (3) with

no answer and FEDERAL RULE 8 (a), (b), and (d) or DENIAL OF ANY PART OF

THE CLAIM OR FACTS. This ORDER is supported by the "MOTION TO THE

COURT CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF KANSAS (Wichita) FOR DEFAULT ORDER'S" with AFFIDAVIT.

Instead of the Defendant to file THERE answer to the SUMMONS and CLAIM

Defendant instead has ELECTED thus far to file a MOTIN TO DISMISS of which is in

violation of RULE 8 GENERAL RULES OF PLEADING; (b) a party shall state in short

and plain terms the party's defenses to each claim asserted and shall admit or deny the

1

averments upon which the adverse party relies. If a party is without knowledge or information sufficient to form a belief as to the truth of an averment, the party shall so state and this has the effect of a denial. (d) EFFECT OF FAILURE TO DENY; Averments in a pleading to which a responsive pleading is required, other than those as to the amount of damage are admitted when not denied in the responsive pleading is required or permitted shall be taken as denied or avoided. pursuant to DOCKET #10, #11, #12, #13, #22, #23, #24, #25, #26, #28, #29, #32, #35, #36, #37, #43, #44, and #45. That has left THE DEFENDANT in DEFAULT pursuant to the SUMMONS and FEDERAL RULE 12 (a) (2), and (3), and Federal Rule 8 (a), (b), and (d).

THEREFORE because of all the fact's and FEDERAL RULEL'S to support this JUDGMENT BY DEFAULT shall be GRANTED and ISSUED by the Court Clerk for the amount of $5,000.000,00 dollars (FIVE MILLION DOLLAR'S) THE SAME AMOUNT STATED IN THE CLAIM WITH SUMMONS.

**"IT IS HEREBY ORDER"**

<div style="text-align: right">

_____
CLERK OF COURT

</div>

·

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS (Wichita)

GERALD RAY WEDEL,           )
          Plaintiff,           )
                    )
V.           )          Case No. 10-CV-1156-CM-GLR
                    )
KYLER G. KNOBBE, et al.,           )
          Defendants;           )
_____ )

## ORDER FOR JUDGMENT BY DEFAULT

JUDGMENT BY DEFAULT shall be issued by THE COURT CLERK pursuant to

RULE 77.2 (a) (6) and RULE 55 (a), (b) (1). The Court file and DOCKET CLEARLY

SHOWS DEFENDANT **E. LEIGH HOOD, 101 West Spruce, P.O. Box 197, Dodge**

**City, Kansas 67801.** has went into DEFAULT on 7/6/2010 DOCKET #15 (Exhibit 1)

and summons (Exhibit 5) pursuant to **the SUMMONS that was served by the UNITED**

**STATES MARSHALS**. DEFAULT is pursuant to Federal RULE 12 (a) (2) and (3) with

no answer and FEDERAL RULE 8 (a), (b), and (d) or DENIAL OF ANY PART OF

THE CLAIM OR FACTS. This ORDER is supported by the "MOTION TO THE

COURT CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF KANSAS (Wichita) FOR DEFAULT ORDER'S" with AFFIDAVIT.

Instead of the Defendant to file THERE answer to the SUMMONS and CLAIM

Defendant instead has ELECTED thus far to file a MOTIN TO DISMISS of which is in

violation of RULE 8 GENERAL RULES OF PLEADING; (b) a party shall state in short

and plain terms the party's defenses to each claim asserted and shall admit or deny the

1

averments upon which the adverse party relies. If a party is without knowledge or information sufficient to form a belief as to the truth of an averment, the party shall so state and this has the effect of a denial. (d) EFFECT OF FAILURE TO DENY; Averments in a pleading to which a responsive pleading is required, other than those as to the amount of damage are admitted when not denied in the responsive pleading is required or permitted shall be taken as denied or avoided. pursuant to DOCKET #10, #11, #12, #13, #22, #23, #24, #25, #26, #28, #29, #32, #35, #36, #37, #43, #44, and #45. That has left THE DEFENDANT in DEFAULT pursuant to the SUMMONS and FEDERAL RULE 12 (a) (2), and (3), and Federal Rule 8 (a), (b), and (d).

THEREFORE because of all the fact's and FEDERAL RULEL'S to support this JUDGMENT BY DEFAULT shall be GRANTED and ISSUED by the Court Clerk for the amount of $5,000.000,00 dollars (FIVE MILLION DOLLAR'S) THE SAME AMOUNT STATED IN THE CLAIM WITH SUMMONS.

**"IT IS HEREBY ORDER"**

_____

CLERK OF COURT

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS (Wichita)**

GERALD RAY WEDEL,                         )
               Plaintiff,          )
                           )
V.                                        )        Case No. 10-CV-1156-CM-GLR
                           )
KYLER G. KNOBBE, et al.,                   )
             Defendants;            )
_____ )

## **ORDER FOR JUDGMENT BY DEFAULT**

JUDGMENT BY DEFAULT shall be issued by THE COURT CLERK pursuant to

RULE 77.2 (a) (6) and RULE 55 (a), (b) (1). The Court file and DOCKET CLEARLY

SHOWS DEFENDANT **SIXTEENTH JUDICIAL DISTRICT, THE DISTRICT**

**COURT OF FORD COUNTY, KANSAS, 101 West Spruce, P.O. Box 197, Dodge**

**City, Kansas 67801,** has went into DEFAULT on 7/6/2010 DOCKET #17 (Exhibit 1)

and summons (Exhibit 6) pursuant to **the SUMMONS that was served by the UNITED**

**STATES MARSHALS**. DEFAULT is pursuant to Federal RULE 12 (a) (2) and (3) with

no answer and FEDERAL RULE 8 (a), (b), and (d) or DENIAL OF ANY PART OF

THE CLAIM OR FACTS. This ORDER is supported by the "MOTION TO THE

COURT CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF KANSAS (Wichita) FOR DEFAULT ORDER'S" with AFFIDAVIT.

Instead of the Defendant to file THERE answer to the SUMMONS and CLAIM

Defendant instead has ELECTED thus far to file a MOTIN TO DISMISS of which is in

violation of RULE 8 GENERAL RULES OF PLEADING; (b) a party shall state in short

1

and plain terms the party's defenses to each claim asserted and shall admit or deny the averments upon which the adverse party relies. If a party is without knowledge or information sufficient to form a belief as to the truth of an averment, the party shall so state and this has the effect of a denial. (d) EFFECT OF FAILURE TO DENY; Averments in a pleading to which a responsive pleading is required, other than those as to the amount of damage are admitted when not denied in the responsive pleading is required or permitted shall be taken as denied or avoided. pursuant to DOCKET #10, #11, #12, #13, #22, #23, #24, #25, #26, #28, #29, #32, #35, #36, #37, #43, #44, and #45. That has left THE DEFENDANT in DEFAULT pursuant to the SUMMONS and FEDERAL RULE 12 (a) (2), and (3), and Federal Rule 8 (a), (b), and (d).

THEREFORE because of all the fact's and FEDERAL RULEL'S to support this JUDGMENT BY DEFAULT shall be GRANTED and ISSUED by the Court Clerk for the amount of $5,000.000,00 dollars (FIVE MILLION DOLLAR'S) THE SAME AMOUNT STATED IN THE CLAIM WITH SUMMONS.

**"IT IS HEREBY ORDER"**

_____
CLERK OF COURT

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS (Wichita)**

GERALD RAY WEDEL,  )
        Plaintiff,  )
                     )
                     )
V.  )        Case No. 10-CV-1156-CM-GLR
                     )
KYLER G. KNOBBE, et al.,  )
        Defendants;  )
_____ )

## ORDER FOR JUDGMENT BY DEFAULT

JUDGMENT BY DEFAULT shall be issued by THE COURT CLERK pursuant to

RULE 77.2 (a) (6) and RULE 55 (a), (b) (1). The Court file and DOCKET CLEARLY

SHOWS DEFENDANT MICHEAL FREELOVE, 101 West Spruce, P.O. Box 197,

Dodge City, Kansas 67801, has went into DEFAULT on 7/6/2010 DOCKET #16

(Exhibit 1) and summons (Exhibit 8) pursuant to **the SUMMONS that was served by**

**the UNITED STATES MARSHALS**. DEFAULT is pursuant to Federal RULE 12 (a) (2)

and (3) with no answer and FEDERAL RULE 8 (a), (b), and (d) or DENIAL OF ANY

PART OF THE CLAIM OR FACTS. This ORDER is supported by the "MOTION TO

THE COURT CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF KANSAS (Wichita) FOR DEFAULT ORDER'S" with AFFIDAVIT.

Instead of the Defendant to file THERE answer to the SUMMONS and CLAIM

Defendant instead has ELECTED thus far to file a MOTIN TO DISMISS of which is in

violation of RULE 8 GENERAL RULES OF PLEADING; (b) a party shall state in short

and plain terms the party's defenses to each claim asserted and shall admit or deny the

1

averments upon which the adverse party relies. If a party is without knowledge or information sufficient to form a belief as to the truth of an averment, the party shall so state and this has the effect of a denial. (d) EFFECT OF FAILURE TO DENY; Averments in a pleading to which a responsive pleading is required, other than those as to the amount of damage are admitted when not denied in the responsive pleading is required or permitted shall be taken as denied or avoided. pursuant to DOCKET #10, #11, #12, #13, #22, #23, #24, #25, #26, #28, #29, #32, #35, #36, #37, #43, #44, and #45. That has left THE DEFENDANT in DEFAULT pursuant to the SUMMONS and FEDERAL RULE 12 (a) (2), and (3), and Federal Rule 8 (a), (b), and (d).

THEREFORE because of all the fact's and FEDERAL RULEL'S to support this JUDGMENT BY DEFAULT shall be GRANTED and ISSUED by the Court Clerk for the amount of $5,000.000,00 dollars (FIVE MILLION DOLLAR'S) THE SAME AMOUNT STATED IN THE CLAIM WITH SUMMONS.

## **"IT IS HEREBY ORDER"**

 

 

 

 

                                        _____

                                               CLERK OF COURT

## CERTIFICATE OF SERVICE

The undersigned GERALD RAY WEDEL, certifies that a true and correct copy of

the following, MOTION TO THE COURT CLERK OF THE UNITED STATES

DISTRICT COURT FOR THE DISTRICT OF KANSAS (WICHITA) FOR DEFAULT

ORDER'S was served upon. The following and put in the United States mail postage

prepaid, and properly addressed on the 5th, day of August 2010.

Court Clerk
The United States District Court For The District of Kansas (Wichita)
204 United States Courthouse
401 North Market Street
Wichita, Kansas 67202
Confirmation of Delivery No. 0308-2690-0000-6344-3981

KYLER G. Knobbe
109 West Avenue A
P.O. Box 937
Cimarron, Kansas 67835

Stephen O. Phillips
Office of Attorney General
120 S.W. 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597

GERALD RAY WEDEL
1625 U U Road
Copeland, Kansas 67837



**EXHIBIT**

**/**

**U.S. District Court**
**DISTRICT OF KANSAS (Wichita)**
**CIVIL DOCKET FOR CASE #: 6:10-cv-01156-CM -GLR**
**Internal Use Only**

Wedel v. Knobbe et al
Assigned to: District Judge Carlos Murguia
Referred to: Magistrate Judge Gerald L. Rushfelt
Demand: $5,000,000
Cause: 28:1331 Fed. Question

Date Filed: 05/19/2010
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

**Plaintiff**

**Gerald Ray Wedel**                        represented by  **Gerald Ray Wedel**
                                                             1625 U U Road
                                                             Copeland, KS 67837
                                                             Email:
                                                             PRO SE

V.

**Defendant**

**Kyler G. Knobbe**                         represented by  **Kyler G. Knobbe**
                                                             109 West Avenue A
                                                             P. O. Box 937
                                                             Cimarron, KS 67835
                                                             620-855-3200
                                                             Fax: 620-855-7729
                                                             Email: knobbe@ucom.net
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Wayne L. Wedel**                          represented by  **Kyler G. Knobbe**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Elva Bach**                               represented by  **Kyler G. Knobbe**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Mitch Little**                            represented by  **Kyler G. Knobbe**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel L. Love**                                    represented by **Stephen O. Phillips**
                                                      Office of Attorney General - Topeka
                                                      120 S.W. 10th Ave. - 2nd Floor
                                                      Topeka, KS 66612-1597
                                                      785-296-2215
                                                      Fax: 785-296-6296
                                                      Email: steve.phillips@ksag.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**E. Leigh Hood**                                     represented by **Stephen O. Phillips**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Micheal Freelove**                                  represented by **Stephen O. Phillips**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Ford County District Court**                        represented by **Stephen O. Phillips**
*Sixteenth Judicial District*                         (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/19/2010 | 1 | COMPLAINT (No Summons Issued) with trial location of Wichita, filed by Gerald Ray Wedel. (Sealed User Wichita am) (Entered: 05/19/2010) |
| 05/19/2010 | 21 | EXHIBITS IN SUPPORT of 1 Complaint filed conventionally due to privacy information provided in documents. (Sealed User Wichita am) (Sealed Exhibits Added on 6/23/2010: # 1 Notice of Removal 2009-CV-7337, # 2 Notice of Removal 2006-ST-14, # 3 Notice of Removal 2009-LM-1914, # 4 Notice of Removal 2009-CV-30, # 5 Claim, # 6 Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 5A, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Exhibit 9, # 16 Exhibit 10, # 17 Exhibit 11, # 18 Exhibit 12, # 19 Exhibit 13, # 20 Exhibit 14 part 1, # 21 Exhibit 14 part 2, # 22 Exhibit 15, # 23 Exhibit 16, # 24 Exhibit 17, # 25 Exhibit 18, # 26 Exhibit 19, # 27 Exhibit 20, # 28 Exhibit 21, # 29 Exhibit 22, # 30 Exhibit 23, # 31 Exhibit 24, # 32 Exhibit 25, # 33 Exhibit 26, # 34 Exhibit 27, # 35 Exhibit 27A, # 36 Exhibit 28, # 37 |

|            |     |  |
|------------|-----|--|
|            |     | Exhibit 29 part 1, # 38 Exhibit 29 part 2, # 39 Exhibit 30, # 40 Exhibit 31, # 41 Exhibit 32, # 42 Exhibit 33, # 43 Exhibit 34, # 44 Exhibit 35, # 45 Exhibit 36, # 46 Exhibit 37, # 47 Exhibit 38, # 48 Exhibit 39, # 49 Exhibit 40, # 50 Exhibit 41, # 51 Exhibit 42, # 52 Exhibit 43, # 53 Exhibit 44) (mg) (Entered: 05/19/2010) |
| 05/19/2010 | 2 | CIVIL COVER SHEET re 1 Complaint by Plaintiff Gerald Ray Wedel. (Sealed User Wichita am) (Entered: 05/19/2010) |
| 05/19/2010 | 3 | (NOTE: Access to document is restricted pursuant to the courts privacy policy.)  MOTION for Leave to Proceed in forma pauperis by Plaintiff Gerald Ray Wedel. (Sealed User Wichita am) (Entered: 05/19/2010) |
| 05/19/2010 | 4 | MOTION to Proceed In Camera, MOTION to Seal Case (Response deadline 6/2/2010) by Plaintiff Gerald Ray Wedel.(Sealed User Wichita am) (Entered: 05/19/2010) |
| 05/21/2010 | 5 | SUPPLEMENT to 1 Complaint by Plaintiff Gerald Ray Wedel. (Sealed User Wichita am) (Entered: 05/24/2010) |
| 05/24/2010 |  | (Court only) ORIGINAL EXHIBITS sent to Brenda with Judge Rushfelt's chambers from Wichita consisting of one expandable folder (Exhibits to Complaint) and Docket Entry #5 (Supplement to Complaint). (Sealed User Wichita am) (Entered: 05/24/2010) |
| 06/01/2010 | 6 | ORDER granting 3 Plaintiff's Motion for Leave to Proceed in forma pauperis. Signed by Magistrate Judge Gerald L. Rushfelt on 6/1/2010. (byk) (Entered: 06/01/2010) |
| 06/01/2010 |  | (Court only) ***Remark Re: Pro Se Mailing. Document 6 Order on Motion for Leave to Proceed In Forma Pauperis mailed on 6/1/2010 to pro se plaintiff.(byk) (Entered: 06/01/2010) |
| 06/02/2010 | 7 | ORDER granting in part and denying in part 4 Motion to Proceed In Camera, and 4 Motion to Seal Case. Plaintiff's request to seal the entire case and to proceed in camera is denied. The Court will grant the motion, however, to the extent it seeks leave to file the exhibits to the complaint under seal. Further, the Clerk of the Court shall maintain the Exhibits filed in support of Plaintiff's Complaint under seal. Signed by Magistrate Judge Gerald L. Rushfelt on 06/02/2010. (mg) (Entered: 06/02/2010) |
| 06/02/2010 |  | (Court only) ***Case Unsealed; See 7 Order. (mg) (Entered: 06/02/2010) |
| 06/07/2010 |  | SUMMONS ISSUED as to Elva Bach, Ford County District Court, Micheal Freelove, E. Leigh Hood, Kyler G. Knobbe, Mitch Little, Daniel L. Love, Wayne L. Wedel (issued to US Marshal for service). (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (bt) (Entered: 06/07/2010) |
| 06/14/2010 | 8 | SUMMONS RETURNED EXECUTED by Certified Mail upon Kyler G. Knobbe, served on 6/11/2010, answer due 7/2/2010. (bt) (Entered: |

|            |    |    |                                                                                                                                                                             |
| ---------- | -- | -- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|            |    |    | 06/15/2010)                                                                                                                                                                 |
| 06/14/2010 |    | 9  | SUMMONS RETURNED EXECUTED by Certified Mail upon Mitch Little, served on 6/11/2010, answer due 7/2/2010. (bt) (Entered: 06/15/2010)                                           |
| 06/16/2010 | ➔  | 10 | MOTION to Dismiss by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love(Phillips, Stephen) (Entered: 06/16/2010)                         |
| 06/16/2010 |    | 11 | MEMORANDUM IN SUPPORT of 10 MOTION to Dismiss by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love(Phillips, Stephen) (Entered: 06/16/2010) |
| 06/16/2010 |    | 14 | SUMMONS RETURNED EXECUTED by Certified Mail upon Daniel L. Love served on 6/14/2010, answer due 7/6/2010 (bt) (Entered: 06/17/2010)                                           |
| 06/16/2010 |    | 15 | SUMMONS RETURNED EXECUTED by Certified Mail upon E. Leigh Hood served on 6/14/2010, answer due 7/6/2010 (bt) (Entered: 06/17/2010)                                            |
| 06/16/2010 |    | 16 | SUMMONS RETURNED EXECUTED by Certified Mail upon Micheal Freelove served on 6/14/2010, answer due 7/6/2010 (bt) (Entered: 06/17/2010)                                         |
| 06/16/2010 |    | 17 | SUMMONS RETURNED EXECUTED by Certified Mail upon Ford County District Court served on 6/14/2010, answer due 7/6/2010 (bt) (Entered: 06/17/2010)                               |
| 06/17/2010 | ➔  | 12 | MOTION to Stay Discovery by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love(Phillips, Stephen) (Entered: 06/17/2010)                   |
| 06/17/2010 |    | 13 | MEMORANDUM IN SUPPORT of 12 MOTION to Stay Discovery by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love(Phillips, Stephen) (Entered: 06/17/2010) |
| 06/18/2010 |    | 18 | SUMMONS RETURNED EXECUTED by Certified Mail upon Wayne L. Wedel, served on 6/16/2010, answer due 7/7/2010 (bt) (Entered: 06/18/2010)                                          |
| 06/18/2010 |    | 19 | SUMMONS RETURNED EXECUTED by Certified Mail upon Elva Bach served on 6/12/2010, answer due 7/6/2010 (bt) (Entered: 06/18/2010)                                               |
| 06/23/2010 | ➔  | 20 | MOTION for an Emergency Injunction by Plaintiff Gerald Ray Wedel. (alm) (Entered: 06/23/2010)                                                                                |
| 06/24/2010 | ➔  | 22 | MOTION to Dismiss by Defendants Elva Bach, Kyler G. Knobbe, Mitch Little, Wayne L. Wedel (Attachments: # 1 Supplement)(Knobbe, Kyler) (Entered: 06/24/2010)                   |
| 06/24/2010 | ➔  | 23 | MOTION to Stay Discovery by Defendants Elva Bach, Kyler G. Knobbe, Mitch Little, Wayne L. Wedel (Attachments: # 1 Supplement)(Knobbe,                                        |

| | | | |
|---|---|---|---|
| | | | Kyler) (Entered: 06/24/2010) |
| 06/24/2010 | | | (Court only) ORIGINAL FILE returned to Wichita from Kansas City (that was sent to Brenda with Judge Rushfelt's chambers from Wichita consisting of one (1) expandable folder (Exhibits to Complaint) and Docket Entry #5 (Supplement to Complaint)). (ta) (Entered: 06/24/2010) |
| 06/24/2010 | | 24 | RESPONSE by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love re 20 MOTION for Permanent Injunction (Phillips, Stephen) (Entered: 06/24/2010) |
| 06/24/2010 | | 25 | RESPONSE by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love re 20 MOTION for Permanent Injunction *Amended* (Phillips, Stephen) (Entered: 06/24/2010) |
| 06/25/2010 | | 26 | RESPONSE by Defendants Elva Bach, Kyler G. Knobbe, Mitch Little, Wayne L. Wedel re 20 MOTION for Permanent Injunction (Knobbe, Kyler) (Entered: 06/25/2010) |
| 06/25/2010 | ➡ | 27 | MOTION to Strike 10 MOTION to Dismiss, 11 Memorandum in Support of Motion by Plaintiff Gerald Ray Wedel.(alm) (Entered: 06/25/2010) |
| 06/28/2010 | | | (Court only) Motion No Longer Referred to Magistrate Judge: 27 Plaintiff's MOTION to Strike 10 Defendants' MOTION to Dismiss and 11 Memorandum in Support. (byk) (Entered: 06/28/2010) |
| 06/28/2010 | | 28 | RESPONSE by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love re 27 MOTION to Strike 11 Memorandum in Support of Motion, 10 MOTION to Dismiss (Phillips, Stephen) (Entered: 06/28/2010) |
| 07/02/2010 | | 29 | RESPONSE by Defendants Elva Bach, Kyler G. Knobbe, Mitch Little, Wayne L. Wedel re 27 MOTION to Strike 11 Memorandum in Support of Motion, 10 MOTION to Dismiss (Knobbe, Kyler) (Entered: 07/02/2010) |
| 07/08/2010 | ➡ | 30 | MOTION to Strike 24 Response to Motion, 23 MOTION to Stay Discovery, 22 MOTION to Dismiss, 25 Response to Motion by Plaintiff Gerald Ray Wedel.(alm) (Entered: 07/08/2010) |
| 07/08/2010 | | 31 | REPLY to Response to Motion by Plaintiff Gerald Ray Wedel re: 20 MOTION for Emergency Injunction.(alm) (Entered: 07/08/2010) |
| 07/08/2010 | ➡ | 32 | MOTION for Protective Order by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love(Phillips, Stephen) (Entered: 07/08/2010) |
| 07/08/2010 | | 33 | RESPONSE by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love re 30 MOTION to Strike 24 Response to Motion, 23 MOTION to Stay Discovery, 22 MOTION to Dismiss, 25 Response to Motion (Phillips, Stephen) (Entered: 07/08/2010) |
| 07/12/2010 | ➡ | 34 | MOTION for Protective Order by Plaintiff Gerald Ray Wedel. (alm) (Entered: 07/12/2010) |
| 07/12/2010 | | 35 | RESPONSE by Defendants Elva Bach, Kyler G. Knobbe, Mitch Little, |

| | | | |
|---|---|---|---|
| | | | Wayne L. Wedel re <u>30</u> MOTION to Strike <u>24</u> Response to Motion, <u>23</u> MOTION to Stay Discovery, <u>22</u> MOTION to Dismiss, <u>25</u> Response to Motion (Knobbe, Kyler) (Entered: 07/12/2010) |
| 07/12/2010 | ⬦ | 36 | MOTION for Protective Order by Defendants Elva Bach, Kyler G. Knobbe, Mitch Little, Wayne L. Wedel(Knobbe, Kyler) (Entered: 07/12/2010) |
| 07/13/2010 | | 37 | RESPONSE by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love re <u>34</u> MOTION for Protective Order (Phillips, Stephen) (Entered: 07/13/2010) |
| 07/16/2010 | | 38 | RESPONSE by Plaintiff Gerald Ray Wedel re 32 MOTION for Protective Order.(alm) (Entered: 07/16/2010) |
| 07/16/2010 | | 39 | DEMAND FOR TRIAL BY JURY (titled "Motion for Citizen's Demand for Trail (sic) by Jury") by Gerald Ray Wedel. (alm) (Entered: 07/19/2010) |
| 07/16/2010 | | 40 | JUDICIAL NOTICE by Gerald Ray Wedel. (alm) (Entered: 07/19/2010) |
| 07/16/2010 | ⬦ | 41 | MOTION to the Court for a Judicial Determination by Plaintiff Gerald Ray Wedel. (alm) (Entered: 07/19/2010) |
| 07/16/2010 | ⬦ | 42 | MOTION to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule Upon this Motion, and all Public Officers of this Court to Uphold said Rights by Plaintiff Gerald Ray Wedel. (alm) (Entered: 07/19/2010) |
| 07/19/2010 | | 43 | RESPONSE by Defendants Ford County District Court, Micheal Freelove, E. Leigh Hood, Daniel L. Love re <u>32</u> MOTION for Protective Order (Phillips, Stephen) (Entered: 07/19/2010) |
| 07/20/2010 | | | (Court only) Motion No Longer Referred to Magistrate Judge: 42 Plaintiff's MOTION to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule Upon this Motion, and all Public Officers of this Court to Uphold Said Rights. (byk) (Entered: 07/20/2010) |
| 07/21/2010 | | 44 | RESPONSE by Defendants Elva Bach, Kyler G. Knobbe, Mitch Little, Wayne L. Wedel re 34 MOTION for Protective Order (Knobbe, Kyler) (Entered: 07/21/2010) |
| 07/21/2010 | | 45 | RESPONSE by Defendants Elva Bach, Kyler G. Knobbe, Mitch Little, Wayne L. Wedel re 42 MOTION for Order, 41 MOTION for Order (Knobbe, Kyler) (Entered: 07/21/2010) |

ATTEST: A true copy
CLERK, U.S. DISTRICT COURT
By_____ Deputy Clerk

**EXHIBIT**

**2**

... t of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF GERALD RAY WEDEL | COURT CASE NUMBER 10-CV-1156-CM-GLR |
|---|---|
| DEFENDANT KYLER G. KNOBBE, ET AL | TYPE OF PROCESS Summons/Complaint/Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Kyler G. Knobbe

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

109 West Ave. A, PO Box 937, Cimarron, KS 67835

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Gerald Ray Wedel 1625 U U Road Copeland KS 67837 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 8 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

*FILED*

JUN 1 4 2010

Clerk, U.S. District Court
By S. Mouse Deputy Clerk

| Signature of Attorney other Originator requesting service on behalf of: TIMOTHY M. O'BRIEN, CLERK OF COURT | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 6/7/2010 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 of 8 | District of Origin No. 31 | District to Serve No. 31 | Signature of Authorized USMS Deputy or Clerk Pro Suite | Date JUN 0 9 2010 |
|---|---|---|---|---|---|

I hereby certify and return that ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Service by Mail  Time ☐ am 06/11/2010 ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 8.00 | Total Mileage Charges including endeavors) | Forwarding Fee -0- | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: Date summons sent by certified mail 7160390198488033052906/09/2010
Date of Service (date return receipt signed): 06/11/2010
Date return receipt received in USMS Office: 06/14/2010

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |
|---|---|---|---|

AO 440 (12/09)    Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

GERALD RAY WEDEL )
_Plaintiff_ )
v. ) Civil Action No. 10-CV-1156-CM-GLR
KYLER G. KNOBBE, ET AL )
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Kyler G. Knobbe
109 West Ave. A
PO Box 937
Cimarron, KS 67835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gerald Ray Wedel
1625 U U Road
Copeland, KS 67837

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ 6/7/2010 _____

TIMOTHY M. O'BRIEN
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

*o/B. Thorne*

_____
*Signature of Clerk of Deputy Clerk*

AO 440 (12/09)    Summons in a Civil Action (Page 2)

Civil Action No.10-CV-1156-CM-GLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



**2. Article Number**

7160 3901 9848 8033 0529

**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

yler G. Knobbe
09 W Ave A
Ⅎ Box 937
imarron, KS 67835

PS Form 3811, January 2005          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
KNOBBE                                   6-11-10

C. Signature
X _____   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☑ No

**Reference Information**

10-CV-1156-CM-GLR

mwitte

---

**SENDER:**
**REFERENCE** 10-CV-1156-CM-GLR
mwitte

**TO:**
Kyler G. Knobbe
109 W Ave A
PO Box 937
Cimarron, KS 67835

PS Form 3800, January 2005
RETURN RECEIPT SERVICE

Postage
Certified Fee
Return Receipt Fee
Restricted Delivery
Total Postage & Fees

US Postal Service
**Receipt for**
**Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
JUN 0 9 2010

7160 3901 9848 8033 0529

**Certified Article Number**
7160 3901 9848 8033 0529
**SENDERS RECORD**

**EXHIBIT**

.3

nt of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF GERALD RAY WEDEL | COURT CASE NUMBER 10-CV-1156-CM-GLR |
|---|---|
| DEFENDANT KYLER G. KNOBBE, ET AL | TYPE OF PROCESS Summons/Complaint/Order |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | Mitch Little |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 207 Gunsmoker, Dodge City, KS 67801 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Gerald Ray Wedel 1625 U U Road Copeland KS 67837 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 8 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

JUN 1 4 2010

Clerk, U.S. District Court
By: B Jhonn   Deputy Clerk

| Signature of Attorney other Originator requesting service on behalf of: TIMOTHY M. O'BRIEN, CLERK OF COURT | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 6/7/2010 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* 2of 8 | Total Process | District of Origin No. 31 | District to Serve No. 31 | Signature of Authorized USMS Deputy or Clerk *Betutts* | Date JUN 0 9 2010 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ☐, have legal evidence of ☐ service, have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Service by Mail time 06/11/2010  ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 8.00 | Total Mileage Charges including endeavors) -0- | Forwarding Fee -0- | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS Date summons sent by certified mail 71603901984880330536: 06/09/2010
Date of Service (date return receipt signed): 06/11/2010
Date return receipt received in USMS Office: 06/14/2010

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment. if any amount is owed Please remit promptly payable to U.S. Marshal 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |
|---|---|---|---|

AO 440 (12/09)    Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

GERALD RAY WEDEL )
*Plaintiff* )
v. ) Civil Action No. 10-CV-1156-CM-GLR
KYLER G. KNOBBE, ET AL )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mitch Little
207 Gunsmoker
Dodge City, KS 67801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerald Ray Wedel
1625 U U Road
Copeland, KS 67837

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ 6/7/2010 _____

TIMOTHY M. O'BRIEN
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

*o/B. Thorne*

_____
*Signature of Clerk of Deputy Clerk*

AO 440 (12/09)    Summons in a Civil Action (Page 2)

Civil Action No.10-CV-1156-CM-GLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

   ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

   ☐ I returned the summons unexecuted because _____ ; or

   ☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



**2. Article Number**

7160 3901 9848 8033 0536

**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery? (Extra Fee)**  ☐ Yes

**1. Article Addressed to:**

itch Little
)7 Gunsmoker
odge City, KS 67801

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Diane L Ebeling

B. Date of Delivery   6-1-70

C. Signature   X Diane L Ebeling

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

107 Gunsmoke
Dodge City KS 67801

**Reference Information**

10-CV-1156-CM-GLR

mwitte

PS Form 3811, January 2005        Domestic Return Receipt

**EXHIBIT**

tabbies

_4_

nt of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF GERALD RAY WEDEL | COURT CASE NUMBER 10-CV-1156-CM-GLR |
|---|---|
| DEFENDANT KYLER G. KNOBBE, ET AL | TYPE OF PROCESS Summons/Complaint/Order |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | Daniel Love |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 101 West Spruce, PO Box 197, Dodge City, KS 67801 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 3 |
|---|---|---|
| Gerald Ray Wedel 1625 U U Road Copeland KS 67837 JUN 16 2010 | Number of parties to be served in this case | 8 |
| Clerk US District Court By __MBen__ Deputy Clerk | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| TIMOTHY M. O'BRIEN, CLERK OF COURT | ☐ DEFENDANT | | 6/7/2010 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 3of 8 | District of Origin No. 31 | District to Serve No. 31 | Signature of Authorized USMS Deputy or Clerk | | Date JUN 0 9 2010 |
|---|---|---|---|---|---|---|

I hereby certify and return that ☐ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address *(complete only different than shown above)* | | Service by Mail time 06/14/2010 ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee 8.00 | Total Mileage Charges including endeavors) -0- | Forwarding Fee -0- | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 43 new |
|---|---|---|---|---|---|

REMARKS: Date summons sent by certified mail 7160390198488033055Ø: 06/09/2010
Date of Service (date return receipt signed): 06/14/2010
Date return receipt received in USMS Office: 06/16/2010

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |
|---|---|---|---|

AO 440 (12/09)    Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| GERALD RAY WEDEL | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  10-CV-1156-CM-GLR |
| KYLER G. KNOBBE, ET AL | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Daniel L. Love
101 West Spruce
PO Box 197
Dodge City, KS 67801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gerald Ray Wedel
1625 U U Road
Copeland, KS 67837

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:        6/7/2010

TIMOTHY M. O'BRIEN
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

*s/B. Thorne*
_____
*Signature of Clerk of Deputy Clerk*

AO 440 (12/09)    Summons in a Civil Action (Page 2)

Civil Action No. 10-CV-1156-CM-GLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



7160 3901 9848 8033 0543

**TO:**
Daniel Love
101 W Spruce
PO Box 197
Dodge City, KS 67801

**SENDER:** mwitte

**REFERENCE:** 10-CV-1156-CM-GLR

PS Form 3800, January 2005

| | | |
|---|---|---|
| **RETURN RECEIPT SERVICE** | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service**
**Receipt for**
**Certified Mail**

POSTMARK OR DATE

JUN 0 9 2010

No Insurance Coverage Provided
Do Not Use for International Mail

Certified Article Number
7160 3901 9848 8033 0543
SENDERS RECORD

**Reference Information**

10-CV-1156-CM-GLR

mwitte

2. Article Number
7160 3901 9848 8033 0543

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:
aniel Love
1 W Spruce
) Box 197
odge City, KS 67801

PS Form 3811, January 2005    Domestic Return Receipt

**EXHIBIT** *5*

...nt of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF<br>GERALD RAY WEDEL | COURT CASE NUMBER<br>10-CV-1156-CM-GLR |
|---|---|
| DEFENDANT<br>KYLER G. KNOBBE, ET AL | TYPE OF PROCESS<br>Summons/Complaint/Order |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| AT | E. Leigh Hood |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 101 West Spruce, PO Box 197, Dodge City, KS 67801 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gerald Ray Wedel
1625 U U Road
Copeland KS 67837

*FILED*
JUN 1 6 2010
Clerk, U.S. District Court
By: _____ Deputy Clerk

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| TIMOTHY M. O'BRIEN, CLERK OF COURT | | 6/7/2010 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 3I | No. 3I | | JUN 0 9 2010 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Service by Mail |
| | Date of Service Time ☐ am ☐ pm<br>06/14/2010 |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | -0- | -0- | $8.00 | | |

REMARKS: Date summons sent by certified mail 7160390198488033050: 06/09/2010
Date of Service (date return receipt signed): 06/14/2010
Date return receipt received in USMS Office: 06/16/2010

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if an amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (12/09)    Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| GERALD RAY WEDEL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| KYLER G. KNOBBE, ET AL | ) |
| *Defendant* | ) |

Civil Action No.  10-CV-1156-CM-GLR

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   E. Leigh Hood
101 West Spruce
PO Box 197
Dodge City, KS 67801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gerald Ray Wedel
1625 U U Road
Copeland, KS 67837

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ 6/7/2010 _____

TIMOTHY M. O'BRIEN
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

*o/B. Thorne*

_____
*Signature of Clerk of Deputy Clerk*

AO 440 (12/09)    Summons in a Civil Action (Page 2)

Civil Action No. 10-CV-1156-CM-GLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

☐ I personally served the summons on the individual at *(place)*

_____    on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____    on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



2. Article Number

7160 3901 9848 8033 0550

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

Leigh Hood
1 W Spruce
PO Box 197
Dodge City, KS 67801

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature

D. Is delivery address different from item 1?
If YES, enter delivery address below:    67801

**Reference Information**

10-CV-1156-CM-GLR

mwitte

PS Form 3811, January 2005          Domestic Return Receipt



Certified Article Number
7160 3901 9848 8033 0550
SENDERS RECORD

**EXHIBIT**

tabbies

6

Case 6:10-cv-01156-CM -GLR  Document 17  Filed 06/16/10  Page 1 of 4

...nt of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF<br>GERALD RAY WEDEL | COURT CASE NUMBER<br>10-CV-1156-CM-GLR |
|---|---|
| DEFENDANT<br>KYLER G. KNOBBE, ET AL | TYPE OF PROCESS<br>Summons/Complaint/Order |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Sixteenth Judicial District, The District Court of Ford County, Kansas
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
101 West Spruce, PO Box 197, Dodge City, KS 67801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gerald Ray Wedel
1625 U U Road
Copeland KS 67837

FILED

JUN 1 6 2010

Clerk, U.S. District Court
By: M Bu. Deputy Clerk

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT<br>TIMOTHY M. O'BRIEN, CLERK OF COURT | TELEPHONE NUMBER | DATE<br>6/7/2010 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 31 | District to Serve<br>No. 3 | Signature of Authorized USMS Deputy or Clerk | Date<br>JUN 0 9 2010 |
|---|---|---|---|---|---|

I hereby certify and return that ☐ I have personally served ☐, have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | **Service by Mail** Time<br>06/14/2010  ☐ am ☐ pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>8.00 | Total Mileage Charges including endeavors)<br>-0- | Forwarding Fee | Total Charges<br>$8.00 | Advance Deposits | Amount owed to U.S. Marshal or<br>(Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: Date summons sent by certified mail 7160390198488030574: 06/09/2010
Date of Service (date return receipt signed): 06/14/2010
Date return receipt received in USMS Office: 06/16/2010

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|

AO 440 (12/09)    Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

|  |  |
|---|---|
| GERALD RAY WEDEL | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  10-CV-1156-CM-GLR |
| KYLER G. KNOBBE, ET AL | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Sixteenth Judicial District
The District Court of Ford County, Kansas
101 West Spruce
PO Box 197
Dodge City, KS 67801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gerald Ray Wedel
1625 U U Road
Copeland, KS 67837

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____6/7/2010_____

TIMOTHY M. O'BRIEN
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

*o/B. Thorne*

*Signature of Clerk of Deputy Clerk*

AO 440 (12/09)    Summons in a Civil Action (Page 2)

Civil Action No. 10-CV-1156-CM-GLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                        *Server's signature*

                                   _____
                                        *Printed name and title*


                                   _____
                                        *Server's address*

Additional information regarding attempted service, etc:



2. Article Number

7160 3901 9848 8033 0574

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
JUN

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   67801   ☐ No

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

xteenth Judicial District
he District Court of Ford County Kansas
)1 W Spruce
) Box 197
)dge City, KS 67801

**Reference Information**

10-CV-1156-CM-GLR

mwitte

PS Form 3811, January 2005          Domestic Return Receipt



No Insurance Coverage Provided
Do Not Use for International Mail

Certified Mail
Receipt for
US Postal Service

RETURN RECEIPT SERVICE
PS Form 3800, January 2005

Total Postage & Fees
Restricted Delivery Fee
Return Receipt Fee
Certified Fee
Postage

POSTMARK OR DATE
JUN 0 9 2010

REFERENCE: 10-CV-1156-CM-GLR

SENDER: mwitte

TO:
Sixteenth Judicial District
The District Court of Ford County Kansas
101 W Spruce
PO Box 197
Dodge City, KS 67801

7160 3901 9848 8033 0574

Certified Article Number
7160 3901 9848 8033 0574
SENDERS RECORD

**EXHIBIT**

' '7'

tabbies

nt of Justice
Marshals Service

# PROCESS RECEIPT AND RETURN

*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF<br>GERALD RAY WEDEL | COURT CASE NUMBER<br>10-CV-1156-CM-GLR |
|---|---|
| DEFENDANT<br>KYLER G. KNOBBE, ET AL | TYPE OF PROCESS<br>Summons/Complaint/Order |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE**<br>**AT** | Wayne L. Wedel |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 132 Davis Street, Monte Vista, CO 81144 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Gerald Ray Wedel<br>1625 U U Road<br>Copeland KS 67837 | Number of process to be<br>served with this Form 285 | 3 |
| | Number of parties to be<br>served in this case | 8 |
| JUN 1 8 2010 | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):* Deputy Clerk

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| TIMOTHY M. O'BRIEN, CLERK OF COURT | | 6/7/2010 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only for USM 285 if more<br>than one USM 285 is submitted)* | Total Process | District of<br>Origin | District to<br>Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 7of 8 | No. 31 | No. 31 | | JUN 0 9 2010 |

I hereby certify and return that ☐ have personally se☐d, ☐ have legal evidence of ☐rvice, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion<br>then residing in defendant's usual place<br>of abode |
|---|---|---|
| Address *(complete only different than shown above)* | | Service by Mail<br>06/16/2010 ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee<br>8.00 | Total Mileage Charges<br>including endeavors)<br>-0- | Forwarding Fee<br>-0- | Total Charges<br>$8.00 | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS Date summons sent by certified mail 71603901984880330208: 06/09/2010
Date of Service (date return receipt signed): 06/16/2010
Date return receipt received in USMS Office: 06/18/2010

| PRIOR EDITIONS<br>MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,<br>if any amount is owed. Please remit promptly payable to U.S. Marshal<br>5. ACKNOWLEDGMENT OF RECEIPT | | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|---|

AO 440 (12/09)   Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| GERALD RAY WEDEL | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  10-CV-1156-CM-GLR |
| KYLER G. KNOBBE, ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Wayne L. Wedel
132 Davis Street
Monte Vista, CO 81144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gerald Ray Wedel
1625 U U Road
Copeland, KS 67837

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:            6/7/2010

TIMOTHY M. O'BRIEN
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

*s/B. Thorne*

*Signature of Clerk of Deputy Clerk*

AO 440 (12/09)     Summons in a Civil Action (Page 2)

Civil Action No. 10-CV-1156-CM-GLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                   *Server's signature*

                                        _____
                                                   *Printed name and title*

                                        _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

**2. Article Number**

7160 3901 9848 8033 0208

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

Wayne L. Wedel
132 Davis St
Monte Vista, CO 81144

COMPLETE THIS SECTION ON DELIVERY

**A. Received by (Please Print Clearly)**   **B. Date of Delivery**
6-16-10

**C. Signature**

X _____   ☐ Agent
☐ Addressee

**D. Is delivery address different from item 1?**   ☐ Yes
If YES, enter delivery address below:   ☐ No

**Reference Information**

10-CV-1156-CM-GLR

rewritte

PS Form 3811, January 2005     Domestic Return Receipt

---

US Postal Service
**Receipt for
Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

JUN 0 9 2010

POSTMARK OR DATE

PS Form 3800, January 2005

RETURN
RECEIPT
SERVICE

Postage
Certified Fee
Return Receipt Fee
Restricted Delivery
Total Postage & Fees

**SENDER:** Write
**REFERENCE:** 10-CV-1156-CM-GLR

**TO:** Wayne L. Wedel
132 Davis St
Monte Vista, CO 81144

7160 3901 9848 8033 0208

Certified Article Number
7160 3901 9848 8033 0208
SENDERS RECORD

**ECF
DOCUMENT**

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the District of Kansas.

Clerk
By: _____   **Deputy Clerk**
Date filed: 10/18/10

**EXHIBIT**

~~ent of Justice~~
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF<br>GERALD RAY WEDEL | COURT CASE NUMBER<br>10-CV-1156-CM-GLR |
|---|---|
| DEFENDANT<br>KYLER G. KNOBBE, ET AL | TYPE OF PROCESS<br>Summons/Complaint/Order |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** | Elva Bach |
| **AT** | ADDRESS *(Street or RFD, Apartment No., City. State and ZIP Code)* |
| | 3810 Aspen Place, Casper, WY 82604 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Gerald Ray Wedel<br>1625 U U Road<br>Copeland KS 67837 | Number of process to be served with this Form 285 **3** |
| | Number of parties to be served in this case **8** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*;

Fold

JUN 1 8 2010

Clerk U.S. District Court

By:

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| TIMOTHY M. O'BRIEN, CLERK OF COURT | | 6/7/2010 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for US M 285 if more than one US M 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 8o 8 | No. 31 | No. 31 | | JUN 0 9 2010 |

I hereby certify and return that [ ] I have personally served [ ] , have legal evidence of [ ] rvice,   have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | [ ] A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Service by Mail  06/12/2010 [ ] am [ ] pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | -0- | $8.00 | | |

REMARKS: Date summons sent by certified mail 71603901984880330192: 06/09/2010
Date of Service (date return receipt signed): 06/12/2010
Date return receipt received in USMS Office: 06/18/2010

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |

AO 440 (12/09)     Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | | | |
|---|---|---|---|
| GERALD RAY WEDEL | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No.  10-CV-1156-CM-GLR | |
| KYLER G. KNOBBE, ET AL | ) | | |
| *Defendant* | ) | | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Elva Bach
3810 Aspen Place
Casper, WY 82604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Gerald Ray Wedel
1625 U U Road
Copeland, KS 67837

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____6/7/2010_____

TIMOTHY M. O'BRIEN
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

*s/B. Thorne*

*Signature of Clerk of Deputy Clerk*

AO 440 (12/09)    Summons in a Civil Action (Page 2)

Civil Action No.10-CV-1156-CM-GLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                         *Server's signature*

                                    _____
                                         *Printed name and title*

                                    _____
                                         *Server's address*

Additional information regarding attempted service, etc:

SENDERS RECORD

Certified Article Number

7160 3901 9848 8033 0192

US Postal Service
Receipt for
Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

JUN 0 9 2010

TO:
Elva Bach
3810 Aspen Place
Casper, WY 82604

SENDER: mwitte

REFERENCE: 10-CV-1156-CM-GLR

PS Form 3800, January 2005

RETURN RECEIPT SERVICE
Postage
Certified Fee
Return Receipt Fee
Restricted Delivery
Total Postage & Fees

---

2. Article Number

7160 3901 9848 8033 0192

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

Elva Bach
3810 Aspen Place
Casper, WY 82604

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery
6/12

C. Signature
X _Elva Bach_   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

**Reference Information**

10-CV-1156-CM-GLR

mwitte

PS Form 3811, January 2005        Domestic Return Receipt

---

***ECF
DOCUMENT***

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the District of Kansas.

Clerk, U.S. District Court
By: _____   Deputy Clerk
Date filed: 6/18/10